AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of Massachusetts

FILED
CLERKS OFFICE
2005 APR 25 P 2:04
U.S. DISTRICT COURT
DISTRICT OF MASS

Concetta Nyman

V.

Federal reserve Bank Of Boston

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

05  10412  JLT

TO: (Name and address of Defendant)

Federal REserve Bank of Boston
600 Atlantic Avenue
Boston, MA 02106

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

David Green
Alford & Bertrand
60 Arsenal Street
Watertown, MA 02471

an answer to the complaint which is herewith served upon you, within _____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANA__AS
CLERK

(By) DEPUTY CLERK

3/4/05
DATE

**Suffolk County Sheriff's Department** • 45 Bromfield Street • Boston, MA 02108 • (617) 989-6999

*Suffolk, ss.*                                               April 20, 2005

I hereby certify and return that on 4/12/2005 at 12:00PM I served a true and attested copy of the Summons, Complaint and Cover Sheet in this action in the following manner: To wit, by delivering in hand to Patricia Alloususe, agent and person in charge at the time of service for Federal Reserve Bank Of Boston, at , 600 Atlantic Avenue, Bost, MA. U.S. District Court Fee ($5.00), Basic Service Fee (IH) ($30.00), Travel ($1.00), Postage and Handling ($1.00), Attest/Copies ($5.00) Total Charges $42.00

Deputy Sheriff    George Slyva

_____
Deputy Sheriff

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____   _____
                  Date                Signature of Server

_____
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.