UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DOCKET NO. 05-10412-JLT

*******************************

| | |
|---|---|
| **CONCETTA NYMAN** | * |
| PLAINTIFF | * |
| | * |
| V. | * |
| | * |
| **FEDERAL RESERVE BANK** | * |
| **OF BOSTON** | * |
| DEFENDANT | * |

*******************************

### ASSENTED TO MOTION TO CONTINUE SCHEDULING CONFERENCE

It is hereby requested that the Scheduling Conference on the above-referenced matter, which is currently scheduled for July 5, 2005, be continued to a subsequent date to be decided by the Court. The reason for said continuance is due to Plaintiff's attorney has a Hearing at the Department of Industrial Accidents on the same day and that there is no one else available from Plaintiff's office to cover either the Hearing or the Scheduling Conference.

For Plaintiff,

_____
David Green, Esquire
BBO # 642406
Alford & Bertrand, LLC
60 Arsenal Street
Watertown, MA 02471
(617) 926-8800

ASSENTED TO BY DEFENDANT:

_____
Ilene Robinson Sunshine, Esquire
BBO # 423000
Sullivan & Worcester, PC
One Post Office Square
Boston, MA 02109
(617) 338-2800

**ALFORD & BERTRAND, LLC**
ATTORNEYS AT LAW
60 ARSENAL STREET
POST OFFICE BOX 322
WATERTOWN, MA 02471-0322

**Harvey Alford, Esquire**
**Donald J. Bertrand, Esquire**
**Stuart Alford, Esquire**
**Paul R. Chomko, Esquire**
**David M. Green, Esquire**

(617) 926-8800
FAX (617) 924-7780
E-mail: attorneys@alfordandbertrand.com

**Offices in Watertown**
**Mattapan, Quincy & Lynn**

June 27, 2005

Attention: Clerk to The Honorable Joseph L. Tauro
United States District Court
John Joseph Moakley United States Courthouse
1 Courthouse Way
Boston, MA 02210

RE:   Nyman v. Federal Reserve Bank of Boston
Docket No:   05 10412 JT

Dear Sir or Madam:

Enclosed please find:

Assented to Motion to Continue Scheduling Conference

Please file in your usual manner. Thank you for your cooperation and attention in this matter.

Sincerely,

ALFORD & BERTRAND, LLC

DAVID GREEN, ESQUIRE
enclosure
cc: Ilene Robinson Sunshine, Esq.