UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CONCETTA NYMAN,<br>Plaintiff,<br><br>v.<br><br>FEDERAL RESERVE BANK<br>OF BOSTON,<br>Defendant. | Civil Action No. 05-10412-JLT |

### CERTIFICATION OF DEFENDANT
### FEDERAL RESERVE BANK OF BOSTON AND COUNSEL

Federal Reserve Bank of Boston ("the Bank"), Defendant in the above-captioned action, and its counsel, hereby certify the following in accordance with Local Rule 16.1 (D) (3) and the Court's Notice of Scheduling Conference dated May 27, 2005:

1.  That they have conferred with a view to establishing a budget for the costs of conducting the full course – and various alternative courses – of the litigation; and

2.  That they have conferred to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

| FEDERAL RESERVE BANK<br>OF BOSTON | COUNSEL FOR FEDERAL<br>RESERVE BANK OF BOSTON |
|---|---|
| _/s/ Marianne Hughes Bickerton_<br>By: Marianne Hughes Bickerton<br>     Assistant Vice President and<br>     Assistant General Counsel | _/s/ I.R. Sunshine_<br>Ilene Robinson Sunshine<br>BBO #423000<br>SULLIVAN & WORCESTER LLP<br>One Post Office Square<br>Boston, Massachusetts  02109<br>(617) 338-2800 |

Dated:  June 27, 2005