UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| CONCETTA NYMAN, | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 05-10412-JLT |
| | ) | |
| FEDERAL RESERVE BANK | ) | |
| OF BOSTON, | ) | |
| Defendant. | ) | |

## JOINT STATEMENT PURSUANT TO LOCAL RULE 16.1

I.    Joint Discovery Plan

    A.    Time and Length of Discovery Events

Requests for documents served by November 30, 2005.

Interrogatories served by November 30, 2005.

Depositions completed by February 28, 2006.

Requests for admissions served by May 3, 2006.

Phased Discovery

    The parties agree that discovery may be phased to the extent that the first phase includes discovery related to Plaintiff's alleged damages, all of which are essential to the parties' ability to realistically assess the case. The parties agree that expert discovery can be reserved for a second phase of discovery.

    B.    Proposed Schedule for Filing Motions

Motions to amend pleadings served by December 7, 2005.

Motions for summary judgment served by June 28, 2006.

C. Certifications

Defendant will file its certifications under separate cover.

CONCETTA NYMAN

By her attorneys,

David Green
BBO # 642406
ALFORD & BERTRAND, L.L.C.
60 Arsenal Street
Watertown, MA  02471-0322
(617) 926-8800

Dated:  July 22, 2005

FEDERAL RESERVE BANK
OF BOSTON

By its attorneys,

Ilene Robinson Sunshine
BBO # 423000
SULLIVAN & WORCESTER LLP
One Post Office Square
Boston, MA  02109
(617) 338-2800