UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| CONCETTA NYMAN, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | Civil Action No. 05-10412-JLT |
| | * | |
| FEDERAL RESERVE BANK | * | |
| OF BOSTON, | * | |
| | * | |
| Defendant. | * | |

ORDER

August 2, 2005

TAURO, J.

After the Scheduling Conference held on August 2, 2005, this court hereby orders that:

1. Defendant may depose Plaintiff and Plaintiff's treating physician(s);

2. Defendant shall file a statement with this court identifying the physician(s) it intends to depose;

3. All of the abovementioned depositions shall be completed by October 31, 2005;

4. No additional discovery will be permitted without leave of this court; and

5. A Further Conference is scheduled for November 14, 2005 at 10:00 a.m.

IT IS SO ORDERED.

   /s/ Joseph L. Tauro
United States District Judge