UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| CONCETTA NYMAN, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | Civil Action No. 05-10412-JLT |
| | * | |
| FEDERAL RESERVE BANK | * | |
| OF BOSTON, | * | |
| | * | |
| Defendant. | * | |

ORDER

November 14, 2005

TAURO, J.

After a conference held on November 14, 2005, this Court hereby orders that:

1. Trial will begin on February 21, 2006.

IT IS SO ORDERED.

    /s/ Joseph L. Tauro
United States District Judge