UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

—————————————————
                              )
CONCETTA NYMAN,         )
        Plaintiff,        )
                              )
v.                           )       Civil Action No. 05-10412-JLT
                              )
FEDERAL RESERVE BANK  )
OF BOSTON,             )
        Defendant.      )
—————————————————)

AFFIDAVIT OF MAUREEN MANNING

Maureen Manning, being first duly sworn, states as follows:

1.      I am a Nurse Practitioner.  In 2002 and 2003 I was employed by a company that provides third-party health services to businesses and was assigned to the Health Services Unit of the Federal Reserve Bank of Boston, the defendant in the above-captioned matter.  In that assignment I was responsible for, among other things, working with employees who request accommodations from the Bank for their medical conditions and maintaining records of medical requests for accommodations that were submitted to the Bank by the treating physicians of Bank employees.  The files maintained in the Bank's Health Services Unit reflect that, prior to my assignment to the Bank, my predecessor, Wanda Matteo, RN, maintained similar records.

2.      I met with Concetta Nyman on several occasions during the period from 2002 through March 2003 to monitor and update the medical restrictions that had been recommended by her treating physicians.

3.      On each occasion that Ms. Nyman submitted an updated medical restriction from her treating physicians, I made a note of her restriction on a Return to Work Summary form and kept the note in Ms. Nyman's file in the Health Services Unit.

4.      I have reviewed Ms. Nyman's file in the Health Services Unit.  A complete and genuine copy of every document regarding Ms. Nyman's medical restrictions that she submitted to the Bank between July 2000 and March 19, 2003, and each Return to Work Summary prepared by me or my predecessor during that period, is attached hereto as Exhibit 1.

5.      I never provided any treatment to Ms. Nyman for any medical condition except that on one occasion I gave her some Ibuprofen.  I did not tell Ms. Nyman that her medical condition required her to be assigned to work with any particular number of co-workers in the Bank's High Speed currency area.  On February 3, 2003, Ms. Nyman complained to me that she had been assigned to work with only one other employee.  Ms. Nyman told me that she needed to be assigned to work in a group of three employees and I noted this in my Return to Work summary of that date and sent the note to Joseph Bosco, Ms. Nyman's supervisor.

6.      I met with Mr. Bosco after he received my note.  We reviewed Ms. Nyman's medical restrictions and he told me that he did not require her to perform any tasks that exceeded her restrictions.

SIGNED UNDER THE PENALTIES OF PERJURY
THIS 11th DAY OF MAY, 2006.


/s/  Maureen Manning
Maureen Manning

<u>Certificate of Service</u>

I hereby certify that this document filed through the ECF system
will be sent electronically to the registered participants as
identified on the Notice of Electronic Filing (NEF) and paper
copies will be sent to those indicated as non registered participants
on May 15, 2006.

/s/ Ilene Robinson Sunshine

{B0512704; 1}

EXHIBIT 1

# MGH

**FRB - INTERNAL
RECEIVED BY**

**JUL 1 9 2000**

**HEALTH SERVICES UNIT**

July 18, 1999

To whom it may concern,

Ms. Coretta Nyman is a patient under my care at
MGH Everett Family Care. She is currently suffering
from severe upper arm pain of unknown etiology.
She should avoid all heavy lifting (greater than 30 lbs)
or pushing at this time. She is awaiting further
evaluation by a specialist. Thank you.

Kate Spurrier PA-C

19 Norwood Street  •  Everett, Massachusetts 02149  •  Telephone: 617-394-7500

Coretta Nyman
Dept. 25.



MASSACHUSETTS
GENERAL HOSPITAL



HARVARD
MEDICAL SCHOOL

Wang ACC 730
15 Parkman Street
Boston, Massachusetts 02114-3117

Tel: 617.726.7938. Fax: 617.724.2718
Emergency: 617.726.2066

**Arthritis Associates**

**Stephen M. Krane, M.D.**
*Chief*

**Dwight R. Robinson, M.D.**
*Clinical Chief*

**Karen V. Atkinson, M.D.**
*Associate Director*

Donald B. Bloch, M.D.
Hyon K. Choi, M.D.
Simon M. Helfgott, M.D.

Aileen Lorenzo, M.D.
John A. Mills, M.D.
William N. Pachas, M.D.
Richard P. Polisson, M.D.
Mahboob U. Rahman, M.D.
Anthony M. Reginato, M.D.
Eva H. Satell, M.D.
Lindsay Bringhurst, R.N.
*Practice Manager*
Ann Tibbetts
Fran Joyner

The Federal Reserve
Bank of Boston

To Whom it may concern:

I, Dr. Eric Amante am currently treating
Ms. Concetta Nyman for bilat frozen shoulder
syndrome which seems probably related to the
heavy work at her job requiring her to push loaded
carts over years.

Her problem may take months to resolve &
will require good therapy & pain relief.

Putting her into light duty requiring no active
lifting would be optimal until this resolves.

Thank you.

Eric Amante
Rheumatology Fellow
BI&H

FRB - INTERNAL
RECEIVED BY

AUG 2 4 2000

HEALTH SERVICES UNIT

F/U 10/16/00
PT 2x/wk → end of
(Tues, Thurs) 9/00

neuro appt. pending

**PARTNERS**™ HealthCare System Member

Federal Reserve Bank of Boston
Health Services Unit

## Return to Work Summary

Name _Concetta Dyman_                                    Dept. _25_    Date _2/12/01_

☐ May return to work <u>without</u> restrictions on _____
☑ May return to work <u>with the following</u> restrictions on _2/12/01_ for _until further notice_ days/weeks/months

**Upper Extremity Accommodations:**
Repetitive Work:                                   ☐ Right              ☐ Left
                                                   ☐ Limited use        ☐ No use
Weight Accommodations:
                                   ☐ No lifting, pushing, pulling
                                   ☐ Lifting, pushing, pulling limited to ____ pounds

Comments: _No lifting, no overhead reaching, no_
_lateral bra V movement_

☐ Will be unable to work for: _____ days/weeks/months
☐ Scheduled follow-up with _MD_          Date/ Time: _2/21/01_    _8 30 am - appt_
☐ No medical follow-up needed

Health Services Unit Signature _Wanda D. Mattes RN_

X 681 (Rev. 12/97)

White Copy to Supervisor    Yellow Copy to Employee's Medical Chart    Pink Copy to RTW Folder

Federal Reserve Bank of Boston
Health Services Unit

## Return to Work Summary

Name _Concetta Dyman_     Dept. _25_     Date _3/29/01_

❏ May return to work <u>without</u> restrictions on _____

❏ May return to work <u>with the following</u> restrictions on _3/29/01_ for _4_ days/weeks/(months)

Upper Extremity Accommodations:
Repetitive Work:        ❏ Right      ❏ Left
                         ❏ Limited use    ❏ No use

Weight Accommodations:    ❏ No lifting, pushing, pulling
                             ❏ Lifting, pushing, pulling limited to _____ pounds

Comments: _Continue same light duty job_

_____

_____

_____

_____

❏ Will be unable to work for: _____ days/weeks/months

❏ Scheduled follow-up with _MD_     Date/ Time: _6/27/01_ _9 am_

❏ No medical follow-up needed

Health Services Unit Signature _Glenda DiMatteo RN_

X 681 (Rev. 12/97)

White Copy to Supervisor     Yellow Copy to Employee's Medical Chart     Pink Copy to RTW Folder



**MASSACHUSETTS GENERAL HOSPITAL**



**HARVARD MEDICAL SCHOOL**

Wang ACC 730
15 Parkman Street
Boston, Massachusetts 02114-3117

Tel: 617.726.7938. Fax: 617.724.2718
Emergency: 617.726.2066

**Arthritis Associates**

Stephen M. Krane, M.D.
*Chief*

Dwight R. Robinson, M.D.
*Clinical Chief*

Karen V. Atkinson, M.D.
*Associate Director*

Donald B. Bloch, M.D.
Hyon K. Choi, M.D.
Simon M. Helfgott, M.D.

Aileen Lorenzo, M.D.
John A. Mills, M.D.
William N. Pachas, M.D.
Richard P. Polisson, M.D.
Mahboob U. Rahman, M.D.
Anthony M. Reginato, M.D.
Eva H. Satell, M.D.
Lindsay Bringhurst, R.N.
*Practice Manager*
Ann Tibbetts
Fran Joyner

3/28/2001

To whom it may concern:

This is to certify that we have been treating Mrs. Concetta Nyman for adhesive capsulitis, bilateral since Aug 2000.

She has made impressive gains in Range of motion but still can only abduct to 60° in her shoulders and still cannot touch behind her back in internal rotation to within 6 inches of normal.

Overall despite this improvement we recommend she continue light duty work without lifting > 10 lbs for at least 4 mos more at which pt we will have reevaluated her.

Thank you.

ERIC AMANTE

FRB - INTERNAL
RECEIVED BY

MAR 2 9 2001

HEALTH SERVICES UNIT


**MASSACHUSETTS GENERAL HOSPITAL**


**HARVARD MEDICAL SCHOOL**

Wang ACC 730
15 Parkman Street
Boston, Massachusetts 02114-3117

Tel: 617.726.7938. Fax: 617.724.2718
Emergency: 617.726.2066

**Arthritis Associates**

**Stephen M. Krane, M.D.**
*Chief*

**Dwight R. Robinson, M.D.**
*Clinical Chief*

**Karen V. Atkinson, M.D.**
*Associate Director*

Donald B. Bloch, M.D.
Hyon K. Choi, M.D.
Simon M. Helfgott, M.D.

Aileen Lorenzo, M.D.
John A. Mills, M.D.
William N. Pachas, M.D.
Richard P. Polisson, M.D.
Mahboob U. Rahman, M.D.
Anthony M. Reginato, M.D.
Eva H. Satell, M.D.
Lindsay Bringhurst, R.N.
*Practice Manager*
Ann Tibbetts
Fran Joyner

6/27/01

To Whom it may concern:

This is to certify that I, Dr. Eric Amante, rheumatology fellow at MGH have been treating Mrs. Wyman, Concetta, for adhesive capsulitis × 11 mo. While she has made significant gains she still has pain on Abd > 80°, and limitation of range of motion on internal rotation and abduction/flexion/extension (lifting arms above head).

This condition may take a few more months to fully improve.

I recommend she stay on light duty with a ≤ 10 lb weight restriction on pushing/lifting.

Thank you very much.

*Eric Amante MD*
*Rheumatology Fellow*
*MGH - Boston*

FRB - INTERNAL
RECEIVED BY

**JUN 2 8 2001**

HEALTH SERVICES UNIT

**PARTNERS** HealthCare System Member

Federal Reserve Bank of Boston
Health Services Unit

## Return to Work Summary

Name _Connie Dyman_      Dept. _25_      Date _9/27/01_

☐ May return to work <u>without</u> restrictions on _____

☑ May return to work <u>with the following</u> restrictions on _9/27/01_ for _3_ days/weeks/⟨months⟩

Upper Extremity Accommodations:
Repetitive Work:            ☐ Right      ☐ Left
                              ☐ Limited use      ☐ No use
Weight Accommodations:     ☐ No lifting, pushing, pulling
                         ☐ Lifting, pushing, pulling limited to _____ pounds

Comments: _Continue with same light duty_
_until seen by MD in January 2002_
_Will schedule physical therapy in October_

☐ Will be unable to work for: _____ days/weeks/months
☐ Scheduled follow-up with _MD_      Date/ Time: _1/9/02_ _9⁰⁰ am_
☐ No medical follow-up needed

Health Services Unit Signature _Wanda D. Mattes RN_

X 681 (Rev. 12/97)

White Copy to Supervisor     Yellow Copy to Employee's Medical Chart     Pink Copy to RTW Folder



**MASSACHUSETTS GENERAL HOSPITAL**

**HARVARD MEDICAL SCHOOL**

Wang ACC 730
15 Parkman Street
Boston, Massachusetts 02114-3117

Tel: 617.726.7938. Fax: 617.724.2718
Emergency: 617.726.2066

**Arthritis Associates**

Stephen M. Krane, M.D.
*Chief*

Dwight R. Robinson, M.D.
*Clinical Chief*

Karen V. Atkinson, M.D.
*Associate Director*

Donald B. Bloch, M.D.
Hyon K. Choi, M.D.
Simon M. Helfgott, M.D.

Aileen Lorenzo, M.D.
John A. Mills, M.D.
William N. Pachas, M.D.
Richard P. Polisson, M.D.
Mahboob U. Rahman, M.D.
Anthony M. Reginato, M.D.
Eva H. Satell, M.D.
Lindsay Bringhurst, R.N.
*Practice Manager*
Ann Tibbetts
Fran Joyner

9/26/01

To whom it may concern:

This is to certify that Concetta Hyman is my patient for bilateral adhesive capsulitis.

This is remarkably improved however she still has difficulty lifting significant weights above her head and exam is suggestive of mild rotator cuff/ bicipital tendinitis.

I have suggested she do additional PT x 6 wks focusing on this tendinitis to make her optimal and have her resume previous duties at work at the end of the year / Jan 2002.

Thank you very much.

Eric Amante MD
Arthritis clinic

FRB - INTERNAL
RECEIVED BY

SEP 27 2001

HEALTH SERVICES UNIT



PARTNERS™ HealthCare System Member

Federal Reserve Bank of Boston
Health Services Unit

## Return to Work Summary

Name _Concetta Dyman_     Dept. _25_     Date _1/10/02_

☐ May return to work <u>without</u> restrictions on _____

☐ May return to work <u>with the following restrictions</u> on _1/10/20_   for _3_ days/weeks/(months)

Upper Extremity Accommodations:

Repetitive Work:     ☐ Right     ☐ Left
    ☐ Limited use     ☐ No use

Weight Accommodations:     ☐ No lifting, pushing, pulling
    ☐ Lifting, pushing, pulling limited to ____ pounds

Comments: _Continue with same light duty_
_____
_____
_____
_____
_____

☐ Will be unable to work for: _____ days/weeks/months

☐ Scheduled follow-up with _MD_     Date/ Time: _4/10/02  9 am  00_

☐ No medical follow-up needed

Health Services Unit Signature _Brenda Di Matteo RN_

X 681 (Rev. 12/97)

White Copy to Supervisor     Yellow Copy to Employee's Medical Chart     Pink Copy to RTW Folder



**MASSACHUSETTS GENERAL HOSPITAL**



**HARVARD MEDICAL SCHOOL**

---

**Rheumatology Associates**

Wang ACC 730
15 Parkman Street
Boston, Massachusetts 02114-3117

Tel: 617.726.7938. Fax: 617.724.2718
Emergency: 617.726.2066

**Dwight R. Robinson, M.D.**
*Clinical Chief*
**Karen V. Atkinson, M.D.**
*Director*
**Lindsay Bringhurst, R.N.**
*Practice Manager*

Eric Amante, M.D.
Herbert Ang, M.D.
Donald B. Bloch, M.D.
Hyon K. Choi, M.D.
Karen Costenbader, M.D.

Michael Hait, M.D.
Simon M. Helfgott, M.D.
John A. Mills, M.D.
William N. Pachas, M.D.
Richard P. Polisson, M.D.
Mahboob U. Rahman, M.D.
Anthony M. Reginato, M.D.
Margaret Seton, M.D.
Francine Ton, M.D.
Stephen Wax, M.D.
David Wu, M.D.

1/9/02

To whom it may concern:

I am currently evaluating and treating Concetta Nyman for bilateral adhesive capsulitis in her shoulders and bilateral knee osteoarthritis.

In late Sept 2001 she had a mild relapse of pain in her shoulder necessitating recurrent physical therapy. She is now improved however would probably still benefit from continuing in her light duty capacity, as current, for now.

Sincerely Yours,

Eric Amante MD

FRB - INTERNAL
RECEIVED BY

JAN 10 2002

HEALTH SERVICES UNIT

**PARTNERS.** HealthCare System Member

Health Services Unit

## Return to Work Summary

Name _Concetta Nyman_                    Dept. _25_    Date _4/11/02_

☐ May return to work <u>without</u> restrictions on _____

☑ May return to work <u>with the following</u> restrictions on _4/11/02_____ for _____ days/weeks/months

Upper Extremity Accommodations:

Repetitive Work:                                    ☐ Right          ☐ Left
                                                   ☐ Limited use    ☐ No use

Weight Accommodations:        ☐ No lifting, pushing, pulling
                             ☐ Lifting, pushing, pulling limited to ____ pounds

Comments: _Continue same light duty_____
_____
_____
_____
_____

☐ Will be unable to work for: _____ days/weeks/months
☑ Scheduled follow-up with _Treating MD_____ Date/ Time: _7/12/02_
☐ No medical follow-up needed

                    Health Services Unit Signature _Maureen Manning_

X 681 (Rev. 12/97)

White Copy to Supervisor    Yellow Copy to Employee's Medical Chart    Pink Copy to RTW Folder

 **MASSACHUSETTS GENERAL HOSPITAL**

 **HARVARD MEDICAL SCHOOL**

**Rheumatology Associates**

Wang ACC 730
15 Parkman Street
Boston, Massachusetts 02114-3117

Tel: 617.726.7938. Fax: 617.724.2718
Emergency: 617.726.2066

**Dwight R. Robinson, M.D.**
*Clinical Chief*
**Karen V. Atkinson, M.D.**
*Director*
**Lindsay Bringhurst, R.N.**
*Practice Manager*

Eric Amante, M.D.
Herbert Ang, M.D.
Donald B. Bloch, M.D.
Hyon K. Choi, M.D.
Karen Costenbader, M.D.

Michael Hait, M.D.
Simon M. Helfgott, M.D.
John A. Mills, M.D.
William N. Pachas, M.D.
Richard P. Polisson, M.D.
Mahboob U. Rahman, M.D.
Anthony M. Reginato, M.D.
Margaret Seton, M.D.
Francine Ton, M.D.
Stephen Wax, M.D.
David Wu, M.D.

4/10/02

To whom it may concern:

This is to certify that Concetta Nyman is a patient in my clinic whom we have treated for adhesive capsulitis since 7/00.

She has regained almost full ROM with minimal limitation on elevation and internal rotation but still has some weakness against resistance, especially on forced abduction.

We will recommend that she continue light duty as present until she regains full strength as she may still be at risk for dropping objects lifted above her head. She will begin light weight training as an effort to normalize her strength.

Sincerely,

Eric Amante MD
Rheumatology fellow
MGH Boston.

FRB - INTERNAL
RECEIVED BY

APR 11

HEALTH SERVICES UNIT

PARTNERS. HealthCare System Member

Federal Reserve Bank of Boston
Health Services Unit

## Return to Work Summary

Name _Concetta Dyman_      Dept. _25_     Date _7/19/02_

❑ May return to work <u>without</u> restrictions on _____

❑ May return to work <u>with the following</u> restrictions on _7/17/02_ for _4_ days/weeks/(months)

Upper Extremity Accommodations:      ❑ Right     ❑ Left
Repetitive Work:      ❑ Limited use     ❑ No use
Weight Accommodations:      ❑ No lifting, pushing, pulling
     ❑ Lifting, pushing, pulling limited to _10_ pounds

Comments: _Remain on same light duty as she has been_
_____
_____
_____
_____

❑ Will be unable to work for: _____ days/weeks/months
❑ Scheduled follow-up with _M D_    Date/ Time: _11/02._
❑ No medical follow-up needed

Health Services Unit Signature _Wanda Di Matteo RN_

X 681 (Rev. 12/97)     White Copy to Supervisor    Yellow Copy to Employee's Medical Chart    Pink Copy to RTW Folder



Patient: NYMAN CONCETTA  MRN: 1346064(MGH)                    Status: Preliminary

**MASSACHUSETTS**                                    **HARVARD** 07/17/2002

**GENERAL HOSPITAL**                              **MEDICAL SCHOOL**



---

## Rheumatology Associates

Wang ACC 730
15 Parkman Street
Boston, Massachusetts 02114-3117

Tel: 617.726.7938. Fax: 617.724.2718
Emergency: 617.726.2066

Dwight R. Robinson, M.D.
*Clinical Chief*
**Karen V. Atkinson, M.D.**
*Director*
**Lindsay Bringhurst, R.N.**
*Practice Manager*

Eric Amante, M.D.
Herbert Ang, M.D.
Donald B. Bloch, M.D.
Hyon K. Choi, M.D.
Karen Costenbader, M.D.

Michael Hait, M.D.
Simon M. Helfgott, M.D.
John A. Mills, M.D.
William N. Pachas, M.D.
Richard P. Polisson, M.D.
Mahboob U. Rahman, M.D.
Anthony M. Reginato, M.D.
Margaret Seton, M.D.
Francine Ton, M.D.
Stephen Wax, M.D.
David Wu, M.D.

July 17, 2002

To Whom It May Concern,

I have taken over the care of Concetta Nyman at the Rheumatology clinic at Mass General Hospital. Mrs. Nyman has adhesive capsulitis of both shoulders which, I agree, is slowing improving but still symptomatic. She also has evidence of L shoulder rotator cuff weakness ( supraspinatus) and L thumb trigger finger. She should remain on light duty (no lifting greater than 10 lbs) and should continue exercise program.

Sincerely,

Karen Atkinson

FRB - INTERNAL
RECEIVED BY
JUL 1 9 2002
HEALTH SERVICES UNIT


COPY

1


PARTNERS. HealthCare System Member

Federal Reserve Bank of Boston
Health Services Unit

## Return to Work Summary

Name _Concetta Nyman_____ Dept. _25_____ Date _11/18/02_

☐ May return to work <u>without</u> restrictions on _____
☑ May return to work <u>with the following</u> restrictions on _11/18/02_____ for _4_____ days/weeks/(months)

Upper Extremity Accommodations:
Repetitive Work:                                         ☐ Right              ☐ Left
Weight Accommodations:                                  ☐ Limited use        ☐ No use
                                          ☐ No lifting, pushing, pulling
                                          ☒ Lifting, pushing, pulling limited to _10_ pounds

Comments: _No overhead lifting._____
_____
_____
_____
_____
_____

☐ Will be unable to work for: _____ days/weeks/months
☐ Scheduled follow-up with _____ Date/ Time: _____
☐ No medical follow-up needed

Health Services Unit Signature _Maureen Manning RN, NP_

X 681 (Rev. 12/97)

White Copy to Supervisor     Yellow Copy to Employee's Medical Chart     Pink Copy to RTW Folder

Patient: NYMAN,CONCETTA  MRN: 1346064(MGH)
ATKINSON,KAREN,MD,TS
Status: Preliminary
Visit Date: 11/14/2002



# MASSACHUSETTS
## GENERAL HOSPITAL



# HARVARD
## MEDICAL SCHOOL

---

### Rheumatology Associates

Wang ACC 730
15 Parkman Street
Boston, Massachusetts 02114-3117

Tel: 617.726.7938. Fax: 617.724.2718
Emergency: 617.726.2066

**Dwight R. Robinson, M.D.**
*Clinical Chief*
**Karen V. Atkinson, M.D.**
*Director*
**Lindsay Bringhurst, R.N.**
*Practice Manager*

Eric Amante, M.D.
Herbert Ang, M.D.
Donald B. Bloch, M.D.
Hyon K. Choi, M.D.
Karen Costenbader, M.D.

Michael Hait, M.D.
Simon M. Helfgott, M.D.
John A. Mills, M.D.
William N. Pachas, M.D.
Richard P. Polisson, M.D.
Mahboob U. Rahman, M.D.
Anthony M. Reginato, M.D.
Margaret Seton, M.D.
Francine Ton, M.D.
Stephen Wax, M.D.
David Wu, M.D.

November 14, 2002

To Whom it May Concern:

Concetta Nyman was seen by me today and is improving her adhesive capsulitis.  She has residual biceps tendonitis for which she is returning to physical therapy.  Therapy will also focus on a plan to return to full work.  Please continue her on light duty.

*Karen Ad_____*
_____
Karen Atkinson, M.D.

FRB - INTERNAL
RECEIVED BY

NOV 1 8 2002

HEALTH SERVICES UNIT

**PARTNERS.** HealthCare System Member

Federal Reserve Bank of Boston
Health Services Unit

## Employee Dismissal Slip

Dept. _25_    Date _2/3/03_

Mr./Ms. _Connie Nyman_ has been dismissed at _13:00_ AM/PM for the following reason(s):

- ☐ recommended by Health Services
- ☐ for a medical appointment at _____ AM/PM
- ☐ for a worker's compensation injury
- ☐ for an appointment related to FMLA
- ☐ for a medical emergency
- ☐ other, _____

Health Services Unit Signature _Maureen Manning_

X 1179 (12/97)

White Copy to Supervisor    Yellow Copy to Employee's Medical Chart

---

Federal Reserve Bank of Boston
Health Services Unit

## Return to Work Summary

Name _Connie Nyman_    Dept. _25_    Date _2/3/03_

- ☐ May return to work without restrictions on _____
- ☑ May return to work with the following restrictions on _2/4/03_ for _2_ days/weeks/months

Upper Extremity Accommodations:
Repetitive Work:    ☐ Right    ☐ Left
                    ☐ Limited use    ☐ No use
Weight Accommodations:    ☐ No lifting, pushing, pulling
                          ☑ Lifting, pushing, pulling limited to _10_ pounds

Comments: _Should work in group 3_
_____
_____
_____
_____

- ☐ Will be unable to work for: _____ days/weeks/months
- ☑ Scheduled follow-up with _Treolin MD_    Date/Time: _3/03_
- ☐ No medical follow-up needed

Health Services Unit Signature _Maureen Manning_

X 681 (Rev. 12/97)

White Copy to Supervisor    Yellow Copy to Employee's Medical Chart    Pink Copy to RTW Folder

Federal Reserve Bank of Boston
Health Services Unit

## Return to Work Summary

Name _Connie Numan_      Dept. _25_      Date _3/19/03_

☐ May return to work <u>without</u> restrictions on _____

☑ May return to work <u>with the following</u> restrictions on _____ for _Indefinite_ days/weeks/months

Upper Extremity Accommodations:
Repetitive Work:                  ☐ Right         ☐ Left
                                   ☐ Limited use     ☐ No use
Weight Accommodations:        ☐ No lifting, pushing, pulling
                             ☑ Lifting, pushing, pulling limited to _10_ pounds

Comments: _No carrying over 10#_
_No overhead work   Nonrepetitive work_

_____

_____

_____

☐ Will be unable to work for: _____ days/weeks/months
☐ Scheduled follow-up with _____ Date/ Time: _____
☐ No medical follow-up needed

Health Services Unit Signature _Maureen Manning NP_

X 681 (Rev. 12/97)      White Copy to Supervisor     Yellow Copy to Employee's Medical Chart     Pink Copy to RTW Folder

# Federal Reserve Bank of Boston
## Work Restriction Documentation

| Name (Last, First, Middle Initial): Nyman, Concetta | | Employee ID |
|---|---|---|
| Job Title HS CURRENCY OPER | Department/Location 25 B1 | Work Schedule 730 AM to 4 PM |
| Supervisor/Manager PEGGY MCFARLAND | | Date 3-19-03 |

## TO BE COMPLETED BY TREATING PROVIDER
### (See Attached Job Description)

☐ **This individual is able to work without restriction**

☒ **This individual is able to work with the following restrictions:**

## RESTRICTIONS:

☑ **Should not lift/carry/push/pull** over _10_ **lbs.**
☐ **Should not stoop/climb/kneel/crawl/crouch**
☐ **Should not stand/sit over** ___ **hours**
☑ **Should not lift overhead**
☐ **Should not climb ladders/stairs**
☐ **Should avoid (heavy) manual labor**
☑ **Should not do repetitive work**
☐ **Should not work with right/left hand/leg**
☐ **Should not drive car/truck/forklift**
☐ **Should not work with power driven/hand tools**
☐ **Should not work near moving machinery**
☐ **Should not work at heights greater than** ____ **feet**
☐ **Other** _____

_____

_____

| Effective Date 3/19/03 | Duration of Restriction Indefinite | Follow-up Date |
|---|---|---|
| Provider's Name Karen Atkinson | | Telephone Number 617-726-7938 |
| Street Address MGH 55 Fruit St | City/Town Boston, MA | Zip Code 02114 |
| Signature Karen Atkinson | | Date 3/19/03 |