UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____ )
CONCETTA NYMAN,                   )
     Plaintiff,                   )
                                  )
v.                                )     Civil Action No. 05-10412-JLT
                                  )
FEDERAL RESERVE BANK              )
OF BOSTON,                        )
     Defendant.                  )
_____ )

## AFFIDAVIT OF ILENE ROBINSON SUNSHINE

Ilene Robinson Sunshine, being first duly sworn, states as follows:

1.     I am an attorney admitted to practice law in Massachusetts since 1979.  I am counsel to Defendant in the above-captioned matter.

2.     A genuine copy of excerpts from the deposition of Concetta Nyman are attached hereto as Exhibit 1.

3.     A genuine copy of excerpts from the deposition of Robert E. Singer, M.D. are attached hereto as Exhibit 2.

SIGNED UNDER THE PENALTIES OF PERJURY
THIS 15th DAY OF MAY, 2006.

/s/  Ilene Robinson Sunshine
Ilene Robinson Sunshine

<u>Certificate of Service</u>

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on May 15, 2006.

/s/ Ilene Robinson Sunshine

-2-

EXHIBIT 1

VOLUME:  1
PAGES:  1 through 128

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*
CONCETTA NYMAN                    )
                Plaintiff,        )
                                  )
    VS.                           )
                                  )
FEDERAL RESERVE BANK              )
OF BOSTON,                        )
                Defendant.        )
\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**DEPOSITION OF CONCETTA NYMAN**, a witness

called on behalf of the Defendant, taken pursuant

to the provisions of the Massachusetts Rules of

Civil Procedure, before Lisa W. Starr, a

Registered Professional Reporter/Certified

Realtime Reporter and Notary Public in and for

the Commonwealth of Massachusetts, at the offices

of Sullivan & Worcester, One Post Office Square,

Boston, Massachusetts, on August 29, 2005,

commencing at 9:30 a.m.

*COPLEY COURT REPORTING, INC.*
101 Tremont Street, Suite 500
Boston, Massachusetts 02108
(617) 423-5841

2

```
1       APPEARANCES:

2       FOR THE PLAINTIFF:
            ALFORD & BERTRAND, LLC
3           BY: David Green, Esq.
            60 Arsenal Street
4           Watertown, Massachusetts 02471-0322

5       FOR THE DEFENDANT:
            SULLIVAN & WORCESTER, LLP
6           BY: Ilene Robinson Sunshine, Esq.
            One Post Office Square
7           Boston, Massachusetts 02109

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24
```

1                              I N D E X

2        Witness          Direct  Cross  Redirect  Recross
         CONCETTA NYMAN
3        (By Ms. Sunshine)   4

4


5                            E X H I B I T S

6        No.   Page       Description
         1     91         Charge of Discrimination
7        2     114        Plaintiff's Initial Voluntary
                          Disclosure
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

| | | |
|---|---|---|
| 1 | done it, but I can't say for a hundred percent | 09:36:42 |
| 2 | sure that I never participated. | 09:36:46 |
| 3 | Q.    Did you ever sue anybody before the bank? | 09:36:49 |
| 4 | A.    No. | 09:36:52 |
| 5 | Q.    Did anyone ever sue you?  Have you ever | 09:36:53 |
| 6 | been involved in any kind of legal proceeding | 09:37:04 |
| 7 | before? | 09:37:07 |
| 8 | A.    I've gone to workmans comp.  I've had | 09:37:08 |
| 9 | hearings with them. | 09:37:12 |
| 10 | Q.    How many times have you filed a workmans | 09:37:14 |
| 11 | comp claim? | 09:37:19 |
| 12 | A.    Twice. | 09:37:20 |
| 13 | Q.    Do you remember when that was? | 09:37:21 |
| 14 | A.    The first time was in 2000, August. | 09:37:22 |
| 15 | Q.    When was the second time? | 09:37:36 |
| 16 | A.    Just recently.  I don't know.  We went to | 09:37:37 |
| 17 | court a couple of months ago.  I don't recall the | 09:37:47 |
| 18 | dates. | 09:37:49 |
| 19 | Q.    You don't remember when you actually | 09:37:50 |
| 20 | filed the claim? | 09:37:52 |
| 21 | A.    No. | 09:37:53 |
| 22 | Q.    Do you remember when you stopped working? | 09:37:53 |
| 23 | A.    Yes.  I stopped working in March of, | 09:37:55 |
| 24 | March 26 of 2003, but I didn't file the claim for | 09:37:58 |

| | | |
|---|---|---|
| 1 | workmans comp until recently, 2005. | 09:38:09 |
| 2 | Q.   Do you remember when your employment with | 09:38:21 |
| 3 | the bank was terminated? | 09:38:23 |
| 4 | A.   They terminated me April 3. | 09:38:25 |
| 5 | Q.   Of what year? | 09:38:28 |
| 6 | A.   2004. | 09:38:29 |
| 7 | Q.   Did you file the workers comp claim | 09:38:32 |
| 8 | before or after you were fired? | 09:38:35 |
| 9 | A.   After. | 09:38:37 |
| 10 | Q.   How long have you worked at the bank? | 09:38:46 |
| 11 | A.   Thirty-five years. | 09:38:48 |
| 12 | Q.   Did you always have the same position | 09:38:50 |
| 13 | there or did you change positions? | 09:38:51 |
| 14 | A.   No.  I had a multitude of positions in | 09:38:54 |
| 15 | the same department. | 09:38:56 |
| 16 | Q.   What department were you in? | 09:38:57 |
| 17 | A.   Cash Services. | 09:38:59 |
| 18 | Q.   Can you tell me over the years how your | 09:39:01 |
| 19 | positions changed? | 09:39:05 |
| 20 | A.   I started as a money counter, currency | 09:39:06 |
| 21 | counter, and I progressed to a high-speed | 09:39:12 |
| 22 | operator.  Then I became a paying-receiving | 09:39:16 |
| 23 | teller, then I just was a paying teller.  I've | 09:39:23 |
| 24 | also worked in their office, their settlement | 09:39:29 |

| | | |
|---|---|---|
| 1 | office, in between all those. | 09:39:32 |
| 2 | Q.    Which job did you have the longest? | 09:39:41 |
| 3 | A.    The money, the currency counter. | 09:39:45 |
| 4 | Q.    Do you know how long you had that job? | 09:39:52 |
| 5 | A.    About fourteen years. | 09:39:54 |
| 6 | Q.    What year did you start working at the | 09:39:56 |
| 7 | bank? | 09:39:58 |
| 8 | A.    1968. | 09:39:58 |
| 9 | Q.    So in the early eighties then you became | 09:40:00 |
| 10 | a high-speed operator? | 09:40:03 |
| 11 | A.    Well, late seventies I became a | 09:40:05 |
| 12 | high-speed operator when high speed came into the | 09:40:13 |
| 13 | bank.  So '78 or something.  So it was only '68 | 09:40:19 |
| 14 | to 1977.  In the nineties I was a money counter. | 09:40:31 |
| 15 | Q.    What did you do as a money counter? | 09:40:36 |
| 16 | A.    Took money, and I hand-sorted them into | 09:40:39 |
| 17 | machines one at a time. | 09:40:44 |
| 18 | Q.    Bills? | 09:40:45 |
| 19 | A.    Notes, yes.  Currency notes. | 09:40:46 |
| 20 | Q.    Can you actually show me sitting here | 09:40:49 |
| 21 | today how you did that? | 09:40:53 |
| 22 | A.    You take a strap of money and you hold it | 09:40:55 |
| 23 | and you sort it, like this (indicating). | 09:40:58 |
| 24 | Q.    Were there different denominations? | 09:41:00 |

1    introduced to the bank, was that also                09:42:15

2    currency-sorting equipment?                          09:42:18

3        A.    Yes.                                        09:42:20

4        Q.    Did it replace the hand sorting that you    09:42:20

5    had done?                                             09:42:23

6        A.    Eventually, yes.                            09:42:24

7        Q.    So that hand sorting of the straps was no   09:42:25

8    longer a job that anyone did at some point in         09:42:28

9    time?                                                 09:42:31

10       A.    Yes.                                        09:42:32

11       Q.    By, say, the early eighties?               09:42:32

12       A.    Well, late seventies-early eighties, they  09:42:35

13   still have both.  Yeah, I would have to say the       09:42:41

14   mid-eighties there was no longer a need for the       09:42:44

15   individual sorting.                                   09:42:50

16       Q.    So that function had been replaced by the   09:42:53

17   high-speed sorting?                                   09:42:55

18       A.    Yes.                                        09:42:56

19       Q.    You then worked on the high-speed          09:42:57

20   machine?                                              09:42:59

21       A.    Yes.                                        09:42:59

22       Q.    When you did that, were the machines        09:43:01

23   dedicated to specific denominations of currency?      09:43:03

24       A.    Yes.    Each machine did a specific         09:43:06

1    denomination.                                            09:43:08

2        Q.    And what did it mean to work on the            09:43:10

3    high-speed machine?  What were your actual               09:43:11

4    duties?                                                  09:43:14

5        A.    Well, at first it was you had to break         09:43:16

6    the bundles, put --                                      09:43:20

7        Q.    These of the two-and-a-half pound              09:43:23

8    bundles?                                                 09:43:26

9        A.    Yes.  Put them in --  you know, cut the        09:43:27

10   straps, we had like a razor, and you would cut           09:43:32

11   the straps and put them in a box that contained          09:43:35

12   twenty of these straps, which was, say, four and         09:43:38

13   a half pounds, and then take the straps off, and         09:43:43

14   then put little header cards.  They were like a          09:43:50

15   3 x 5 index card, but they were color coded.  You        09:44:01

16   would put them in there to replace the straps.           09:44:07

17        Then you take the box of money, put them            09:44:10

18   on the machine, and then feed the machine.  So           09:44:14

19   you would take the money out of the box in the           09:44:19

20   order that they were in and put them in a                09:44:21

21   compartment, and then the machine would do single        09:44:24

22   notes into the conveyer belt and sort it, fit or         09:44:29

23   unfit.  They would also shred it.  The unfit             09:44:34

24   notes would go to a shredder.                            09:44:40

15

| | | |
|---|---|---|
| 1 | Q.    So when you were taking the chunks of | 09:44:42 |
| 2 | money and putting it into the machine, was that | 09:44:44 |
| 3 | in strap-size quantities? | 09:44:47 |
| 4 | A.    Well, usually you would do four or five | 09:44:51 |
| 5 | straps at a time. | 09:44:53 |
| 6 | Q.    How much did they weigh, the four or five | 09:44:55 |
| 7 | straps?  Less than two-and-a-half pounds, right? | 09:44:57 |
| 8 | A.    Right. | 09:45:01 |
| 9 | Q.    Maybe a pound? | 09:45:02 |
| 10 | A.    No.  If you figure, I don't know the | 09:45:03 |
| 11 | mathematics of it.  A bundle weighed two-and-a- | 09:45:08 |
| 12 | quarter pounds, so ten straps, divide that by | 09:45:13 |
| 13 | two-and-a-quarter pounds, so two ounces?  I don't | 09:45:17 |
| 14 | know. | 09:45:25 |
| 15 | Q.    So you were lifting a few ounces at a | 09:45:26 |
| 16 | time? | 09:45:28 |
| 17 | A.    Right. | 09:45:29 |
| 18 | Q.    And putting it into the machine? | 09:45:30 |
| 19 | A.    Correct. | 09:45:32 |
| 20 | Q.    And then you never saw those notes again | 09:45:32 |
| 21 | once they went into the machine? | 09:45:35 |
| 22 | A.    Well, they used to strap them up as fit. | 09:45:36 |
| 23 | So we would take the fit out of the machine and | 09:45:39 |
| 24 | have to put them in bundles of ten and put rubber | 09:45:41 |

| | |
|---|---|
| 1 | bands on them and then put them aside so that | 09:45:48 |
| 2 | they could be sent to the banks. | 09:45:53 |
| 3 | Q.   So the same amount of currency that you | 09:45:55 |
| 4 | put in on one end you took out on the other? | 09:45:57 |
| 5 | A.   Well, not necessarily because it would | 09:46:00 |
| 6 | shred the unfit, the dirty, the broken, the | 09:46:02 |
| 7 | ripped, the torn. | 09:46:06 |
| 8 | Q.   But whatever came out the other end as | 09:46:07 |
| 9 | fit, you would pick it up in the same basic | 09:46:10 |
| 10 | weight quantities as the others? | 09:46:13 |
| 11 | A.   Right, four or five straps and put them | 09:46:15 |
| 12 | together with ten, as ten, and put rubber bands | 09:46:18 |
| 13 | on them. | 09:46:22 |
| 14 | Q.   And what happened to the money then once | 09:46:23 |
| 15 | you finished processing them? | 09:46:25 |
| 16 | A.   We had to put them in a container.  Well, | 09:46:27 |
| 17 | we put them in a plastic bag and shrink-wrap it | 09:46:29 |
| 18 | so it was sealed, and then they all go in a | 09:46:35 |
| 19 | container.  In the beginning, we would take the | 09:46:40 |
| 20 | containers and wheel them to a teller team that | 09:46:42 |
| 21 | would pick up the fit currency.  Then they would | 09:46:52 |
| 22 | make sure there was ten straps in all of them and | 09:46:55 |
| 23 | run them off. | 09:47:04 |
| 24 | Q.   Never to be seen again, by you anyway? | 09:47:05 |

    A.    Yes, it was.                                    09:49:36

    Q.    And can you describe what a paying-            09:49:38

receiving teller did at the time you took that          09:49:41

job on?                                                  09:49:43

    A.    They're two different specific jobs.          09:49:45

Receiving, what we did is money from different          09:49:50

banks would come in in bags, bags of money.  They       09:49:59

would --  we would go in and pick, as a receiving       09:50:07

teller, we would take a container with all these        09:50:12

bags in it, whether they be five bags, eight            09:50:16

bags, twelve bags, and we'd check to make sure          09:50:19

that the bag didn't have any holes or rips or           09:50:24

tears in it.                                             09:50:31

        We would bring them back to our little          09:50:32

area, our little room, there were two of us.  The       09:50:34

first one would cut the seals off the bags, and         09:50:41

it had a tag on it that said what was in the bag        09:50:48

by denomination.  We'd open the bag, compare it         09:50:52

to the amount of money that was in the bag with         09:50:59

the tag, push it down to my partner, and he would       09:51:03

do the same thing.  He would check to make sure         09:51:11

--  he would check to see how much was in there,        09:51:15

call the amount off, and I had the tag, and I           09:51:17

would say yes, and he would take it and put the         09:51:21

1  money in containers.                                    09:51:24

2      Then at the end of the night, we would             09:51:28

3  settle to make sure that all the tags added up to      09:51:30

4  all the money we had by denominations.  Then we        09:51:34

5  would put them in containers, seal the                 09:51:38

6  containers, have to push these containers into         09:51:40

7  the vault and store them.                              09:51:42

8      Q.   When you say containers, what were they       09:51:48

9  like?                                                   09:51:52

10     A.   At the beginning, they were metal carts       09:51:52

11 that had like rolling wheels.  We had a car track      09:51:58

12 system that they used to come down from the vault      09:52:04

13 on a car track system, and they would be large        09:52:07

14 square plastic containers with metal sides on it      09:52:13

15 that held, I don't remember how many bundles it       09:52:17

16 held, quite a lot, but we would take these little     09:52:23

17 roller containers and push them to the conveyer       09:52:27

18 belt and push the square box with all the money       09:52:29

19 in onto this cart and then lock it in.                09:52:32

20     These metal things were quite big.  They          09:52:42

21 were, the containers were about this big --           09:52:46

22     Q.   Maybe about three feet?                       09:52:52

23     A.   About three feet.  They were square.          09:52:53

24     Q.   How tall?                                      09:52:56

| | | |
|---|---|---|
| 1 | A.    About three feet deep.  It had a little | 09:52:57 |
| 2 | flap on the front that you could reach in and | 09:53:01 |
| 3 | take the money out.  The cart was about three | 09:53:05 |
| 4 | feet high.  So this cart, this box stood on this | 09:53:16 |
| 5 | cart, and you could go in and out. | 09:53:21 |
| 6 | Q.    Do you know how much the carts weighed | 09:53:25 |
| 7 | when they were full of money? | 09:53:27 |
| 8 | A.    I don't know how much they weighed.  They | 09:53:29 |
| 9 | were quite heavy.  That was receiving. | 09:53:31 |
| 10 | Now, paying teller, what we did was we | 09:53:40 |
| 11 | would have money.  We would go and get --  we | 09:53:45 |
| 12 | didn't have balances, big balances.  We would go | 09:53:50 |
| 13 | to a team and get new currency, and the fit | 09:53:56 |
| 14 | currency that the high-speed operators had turned | 09:54:03 |
| 15 | over to the tellers, they had a balance.  We | 09:54:06 |
| 16 | would get different denominations.  We would see | 09:54:08 |
| 17 | what we needed to pay out to the banks.  And we | 09:54:11 |
| 18 | would put them --  also two people, my partner | 09:54:15 |
| 19 | was the head teller, so he was a higher grade | 09:54:24 |
| 20 | than I was, he would read a ticket that said what | 09:54:33 |
| 21 | the bank wanted, put it on the counter, and I | 09:54:34 |
| 22 | would take the money, put it in a bag, see how | 09:54:39 |
| 23 | much it was, tell him, okay, this is $120,000, | 09:54:49 |
| 24 | and he would say yes. | 09:54:56 |

| | | |
|---|---|---|
| 1 | He would give me the tag, I would put it | 09:54:57 |
| 2 | in a bag, and put it in this container, seal it, | 09:54:59 |
| 3 | put it in the container, and that's what we would | 09:55:05 |
| 4 | do continually all day until a certain amount of | 09:55:10 |
| 5 | orders that we had were filled.  And then we | 09:55:14 |
| 6 | would push these containers up to the conveyer | 09:55:18 |
| 7 | belt, put them on the conveyer belt, and they | 09:55:20 |
| 8 | would go in the vault. | 09:55:26 |
| 9 | Then the next morning, we would take | 09:55:27 |
| 10 | these little carts, go and call out our money on | 09:55:30 |
| 11 | the computer, and then -- actually, we would | 09:55:34 |
| 12 | call out our money, and it would go upstairs on a | 09:55:45 |
| 13 | conveyer, like a dumbwaiter, because the dock | 09:55:48 |
| 14 | area was one level above us.  We would go | 09:55:52 |
| 15 | upstairs, have these same carts, take them off | 09:55:56 |
| 16 | the conveyer belt, and pay them out to the | 09:55:59 |
| 17 | carriers, like Brinks or Wells Fargo, and they | 09:56:03 |
| 18 | would come in and check it off to make sure | 09:56:10 |
| 19 | that's what they were supposed to have.  Then | 09:56:14 |
| 20 | they would put them in their car.  That was the | 09:56:16 |
| 21 | paying.  That was at the beginning.  That's when | 09:56:19 |
| 22 | I did both jobs, I received and I paid, depending | 09:56:25 |
| 23 | on whether they needed us. | 09:56:30 |
| 24 | The car track system was taken out | 09:56:33 |

| | | |
|---|---|---|
| 1 | because it kept breaking.  So they brought these | 09:56:39 |
| 2 | containers that were on wheels, and they were | 09:56:42 |
| 3 | probably two feet wide, and off the ground they | 09:56:49 |
| 4 | were probably a foot and a half off the ground, | 09:56:57 |
| 5 | clear plastic.  They fit twelve bundles, so they | 09:57:01 |
| 6 | were about, I don't know, four feet wide and four | 09:57:10 |
| 7 | feet high.  They had a top that the top came up | 09:57:19 |
| 8 | and the front came down. | 09:57:25 |
| 9 | Now, those with a full container of | 09:57:27 |
| 10 | money, they held 240 bundles of ones, and 252 | 09:57:31 |
| 11 | bundles of tens and twenties.  They weighed | 09:57:39 |
| 12 | almost a thousand pounds full.  We had to use | 09:57:43 |
| 13 | them receiving.  We would put them in the bags | 09:57:48 |
| 14 | and have to push them to the vault, not all the | 09:57:54 |
| 15 | way into the vault because now we had our own | 09:57:59 |
| 16 | balances.  Eventually, we had our own, as a | 09:58:03 |
| 17 | paying teller, we had our own balances. | 09:58:08 |
| 18 | So now we had millions of dollars.  I had | 09:58:10 |
| 19 | five billion dollars in a balance.  So I had fit | 09:58:15 |
| 20 | currency, new currency, and we had to put them in | 09:58:20 |
| 21 | these containers. | 09:58:24 |
| 22 | Then we got trunks, which were at the | 09:58:28 |
| 23 | time black trunks.  They were square.  They were | 09:58:33 |
| 24 | a wheel high off the ground, which was, I don't | 09:58:38 |

1  know, six inches, seven inches off the ground.                    09:58:41

2  They weighed over a, well over a thousand pounds                  09:58:45

3  full.  They held three hundred bundles.                          09:58:51

4       Q.    And you had to move those, also?                      09:58:56

5       A.    We had to push them into the elevator,               09:58:58

6  into the vault, out of the vault.                               09:59:01

7       Q.    You used those, also, as a paying and                09:59:08

8  receiving teller?                                               09:59:10

9       A.    Yes.                                                 09:59:11

10      Q.    So if you started that job in 1980 or                09:59:13

11 thereabouts, how long did you stay as a paying                   09:59:15

12 and receiving teller?                                           09:59:19

13      A.    Well, this is where I'm going to get very            09:59:20

14 confused because what happened is I worked as a                  09:59:22

15 paying-receiving teller, and then they split the                09:59:27

16 paying-receiving area, so receiving went upstairs               09:59:31

17 and paying stayed downstairs.  I was just a                     09:59:36

18 paying teller.  I don't know what year that was.                09:59:39

19           And then --  I forgot I had --  I didn't             09:59:45

20 list this as a job.  I was a supervisor.  I                     09:59:50

21 became a supervisor of the high-speed area.                     09:59:55

22      Q.    Was that after you had been a paying and             10:00:00

23 receiving teller?                                               10:00:02

24      A.    Yes.                                                 10:00:04

| | | |
|---|---|---|
| 1 | Q.   You went back to high speed? | 10:00:04 |
| 2 | A.   When they split us, I was a paying | 10:00:06 |
| 3 | teller.  Then after I was just the paying teller, | 10:00:08 |
| 4 | I became a receiving teller.  I don't remember | 10:00:11 |
| 5 | the year that was. | 10:00:16 |
| 6 | Q.   So you did paying and receiving.  Then | 10:00:22 |
| 7 | you did paying, then just receiving? | 10:00:24 |
| 8 | A.   No.  I didn't do --  I just did paying. | 10:00:27 |
| 9 | Q.   Then you became a high-speed supervisor? | 10:00:31 |
| 10 | A.   Yes. | 10:00:34 |
| 11 | Q.   Do you remember when that was? | 10:00:35 |
| 12 | A.   No, I don't remember the year. | 10:00:36 |
| 13 | Q.   How long were you a high-speed | 10:00:38 |
| 14 | supervisor? | 10:00:40 |
| 15 | A.   I was a high-speed supervisor until 1993. | 10:00:42 |
| 16 | Q.   Do you remember, I know you don't know | 10:00:50 |
| 17 | the dates that you were the supervisor, but do | 10:00:54 |
| 18 | you remember how many months or years you were a | 10:00:57 |
| 19 | supervisor? | 10:00:59 |
| 20 | A.   I could take a guess. | 10:01:02 |
| 21 | MR. GREEN:   Don't guess. | 10:01:04 |
| 22 | A.   I won't do that. | 10:01:06 |
| 23 | Q.   Was it more than a year? | 10:01:08 |
| 24 | A.   Yes. | 10:01:09 |

| | | |
|---|---|---|
| 1 | A.    It was voluntary. | 10:05:26 |
| 2 | Q.    And you elected to work overtime on some | 10:05:27 |
| 3 | occasions? | 10:05:29 |
| 4 | A.    On some occasions. | 10:05:31 |
| 5 | Q.    Why did you stop being a high-speed | 10:05:34 |
| 6 | supervisor? | 10:05:37 |
| 7 | A.    I had --  my husband's nephew was working | 10:05:43 |
| 8 | on my shift, and they said that was against the | 10:05:50 |
| 9 | rules because he was related to me, and I wasn't | 10:05:53 |
| 10 | supposed to have a relation.  So they demoted me. | 10:05:56 |
| 11 | Q.    Had you hired him? | 10:06:01 |
| 12 | A.    No, I didn't hire him.  My section had | 10:06:02 |
| 13 | that was over the shift hired him. | 10:06:12 |
| 14 | Q.    But -- | 10:06:15 |
| 15 | A.    But relatives aren't supposed to work | 10:06:16 |
| 16 | there.   I didn't consider him a close relative. | 10:06:19 |
| 17 | He was my husband's nephew; he wasn't my nephew. | 10:06:22 |
| 18 | When they discovered that he was my husband's | 10:06:28 |
| 19 | nephew, they thought that was, you know, so they | 10:06:31 |
| 20 | demoted me. | 10:06:36 |
| 21 | Q.    And what job did you then go to? | 10:06:40 |
| 22 | A.    I worked in the settlement area. | 10:06:42 |
| 23 | Q.    Do you remember when that was? | 10:06:47 |
| 24 | A.    November of '93. | 10:06:52 |

| | | |
|---|---|---|
| 1 | A.   Well, the final time was March 26, 2003. | 10:11:29 |
| 2 | The first time I went out on workmans comp July | 10:11:32 |
| 3 | 31 of 2000 with frozen shoulders for six-and-a- | 10:11:41 |
| 4 | half months.  Actually, that was the last time I | 10:11:46 |
| 5 | was a paying teller. | 10:11:50 |
| 6 | Q.   So you worked --  sorry. | 10:11:51 |
| 7 | A.   Because when I went back after six-and-a- | 10:11:54 |
| 8 | half months, I went to the high-speed area. | 10:11:57 |
| 9 | Q.   So you worked as a paying teller from | 10:12:00 |
| 10 | somewhere in it looks like early 1994 until July | 10:12:05 |
| 11 | of 2000 when you went out on workers comp? | 10:12:09 |
| 12 | A.   Yes. | 10:12:13 |
| 13 | Q.   That was the job where you had to push | 10:12:13 |
| 14 | the containers that weighed a thousand pounds? | 10:12:15 |
| 15 | A.   Yes.  Plus I had a whole balance of new | 10:12:17 |
| 16 | currency.  New currency was in blocks of 80 | 10:12:20 |
| 17 | bundles -- no, no -- yes.  So they weighed 40 | 10:12:27 |
| 18 | pounds.  They were in packages of new currency. | 10:12:38 |
| 19 | We had to receive them from the BEP.  And | 10:12:43 |
| 20 | when we received them, they were on those | 10:12:52 |
| 21 | three-sided containers, and there were 30 of | 10:12:55 |
| 22 | those on each container.  Usually, there was like | 10:12:59 |
| 23 | 120 or 160.  We had to take them off, which was | 10:13:02 |
| 24 | over my head, and check to make sure there was no | 10:13:06 |

| | | |
|---|---|---|
| 1 | holes in the plastic, throw all 120 or 160 | 10:13:13 |
| 2 | packages onto another three-siders, and then we'd | 10:13:18 |
| 3 | wheel them downstairs.  Well, we would wheel them | 10:13:25 |
| 4 | to the elevator and from the elevator downstairs | 10:13:34 |
| 5 | to the vault.  Then we stacked most of them on | 10:13:37 |
| 6 | the floor.  Well, first we had to count them. | 10:13:40 |
| 7 | Now, we counted them.  We had to take | 10:13:47 |
| 8 | them off these three-siders, make sure there was | 10:13:50 |
| 9 | 80 in each pack, put them back on the | 10:13:53 |
| 10 | three-siders or on pallets.  Then we'd have to | 10:13:57 |
| 11 | take them and put them in the vault. | 10:14:02 |
| 12 | Then when we paid out currency to the | 10:14:08 |
| 13 | banks, we had to go into the vault, either take | 10:14:10 |
| 14 | these three-siders with all the new, or if they | 10:14:13 |
| 15 | were on the floor stacked high, we'd have to take | 10:14:17 |
| 16 | them off the pallets that were stacked high on | 10:14:21 |
| 17 | the floor.  Then we had to put them in bags or | 10:14:26 |
| 18 | put them in these trunks that we had and put them | 10:14:30 |
| 19 | out. | 10:14:35 |
| 20 | Q.   So, who supervised you as a paying teller | 10:14:37 |
| 21 | at that point before you went out in July of | 10:14:41 |
| 22 | 2000? | 10:14:47 |
| 23 | A.   Arthur Sheehan. | 10:14:47 |
| 24 | Q.   What was his title? | 10:14:53 |

|   |   |
|---|---|
| 1 | A.    He was the paying teller supervisor. | 10:14:55 |
| 2 | Q.    Was there some period of time before you | 10:15:02 |
| 3 | actually went out of work where you began to not | 10:15:09 |
| 4 | feel well? | 10:15:09 |
| 5 | A.    Well, about the month of July is when I | 10:15:09 |
| 6 | really started being very bad.  For about three | 10:15:16 |
| 7 | months my shoulders were kind of sore.  They | 10:15:27 |
| 8 | weren't too bad.  When I would blow dry my hair, | 10:15:31 |
| 9 | my arms would get sore.  But after July 1, that's | 10:15:35 |
| 10 | when it was really bad.  I couldn't move my | 10:15:44 |
| 11 | shoulders. | 10:15:48 |
| 12 | I went on vacation on July 4 week, and I | 10:15:50 |
| 13 | couldn't dive into a pool because I couldn't lift | 10:15:54 |
| 14 | my arms up.  I called my doctor, as a matter of | 10:15:57 |
| 15 | fact, when I was in New Hampshire.  I said I need | 10:16:00 |
| 16 | to see you immediately; I can't move my arms. | 10:16:03 |
| 17 | They did all kinds of tests.  It was my | 10:16:09 |
| 18 | primary care physician.  She did all kinds of | 10:16:12 |
| 19 | tests for different things.  There was nothing | 10:16:15 |
| 20 | that they could find.  So she made an appointment | 10:16:23 |
| 21 | with a neurologist. | 10:16:27 |
| 22 | Q.    Who was your primary care physician? | 10:16:29 |
| 23 | A.    At the time, it was Kate Spurrier, but my | 10:16:31 |
| 24 | primary care physician is Robert Singer.  He was | 10:16:35 |

|    |                                                      |          |
|----|------------------------------------------------------|----------|
| 1  | my primary care physician for before and after       | 10:16:39 |
| 2  | her.  He had a health problem, so she took his        | 10:16:42 |
| 3  | place for a short period of time.  So he was kept     | 10:16:46 |
| 4  | up until my medical problems.                         | 10:16:53 |
| 5  | Then I continued to work, and I couldn't              | 10:17:03 |
| 6  | move because I couldn't slide --  I had to slide      | 10:17:07 |
| 7  | money over because at that time I was the head        | 10:17:12 |
| 8  | paying teller.  I had to put money over to my         | 10:17:15 |
| 9  | partner, and I had to slide the tag.  And when I      | 10:17:19 |
| 10 | would slide it like this, I bent over in pain.  I     | 10:17:32 |
| 11 | couldn't move this arm.  That was the end of          | 10:17:35 |
| 12 | July.  That's when I went out and I went to the       | 10:17:37 |
| 13 | doctor, and they said I had frozen shoulders.         | 10:17:40 |
| 14 | At that time, it was just the right                   | 10:17:45 |
| 15 | shoulder.  Within that time, my left shoulder was     | 10:17:46 |
| 16 | also frozen.  So at that point I couldn't move        | 10:17:52 |
| 17 | either shoulder.                                      | 10:17:55 |
| 18 | Q.    Who diagnosed you with frozen shoulders?        | 10:17:57 |
| 19 | A.    Dr. Asanti at the Mass. General Hospital.       | 10:18:00 |
| 20 | Q.    Do you know what kind of specialty he is?       | 10:18:05 |
| 21 | A.    He was a neurologist.                           | 10:18:09 |
| 22 | Q.    Is that when you filed the workers comp         | 10:18:19 |
| 23 | claim?                                                | 10:18:22 |
| 24 | A.    Yes.                                            | 10:18:23 |

| | | |
|---|---|---|
| 1 | Q.    Was that claim allowed? | 10:18:23 |
| 2 | A.    It was allowed until I went to see their | 10:18:26 |
| 3 | doctor, and their doctor said, no, frozen | 10:18:29 |
| 4 | shoulder was not work related, and they denied | 10:18:33 |
| 5 | it.  Then we went to a hearing, and they allowed | 10:18:36 |
| 6 | it. | 10:18:40 |
| 7 | Q.    So how long were you out for that? | 10:18:49 |
| 8 | A.    Six-and-a-half months. | 10:18:51 |
| 9 | Q.    I take it at some point you were cleared | 10:19:01 |
| 10 | to work? | 10:19:04 |
| 11 | A.    Well, they told me I was clear.  Workmans | 10:19:04 |
| 12 | comp said I could go back to work.  My doctor | 10:19:07 |
| 13 | told me I should be on light duty, no lifting, | 10:19:11 |
| 14 | pulling, pushing, anything over five or ten | 10:19:14 |
| 15 | pounds.  And I couldn't lift or push anything up | 10:19:20 |
| 16 | over my chest. | 10:19:24 |
| 17 | When I went back to work, my manager told | 10:19:28 |
| 18 | me that they didn't have light duty, but they | 10:19:32 |
| 19 | would put me on the high-speed floor, and that's | 10:19:36 |
| 20 | what I did.  I went into the high-speed floor. | 10:19:43 |
| 21 | Q.    Is there something in writing that you | 10:19:54 |
| 22 | have from your doctor that said you had a | 10:19:57 |
| 23 | 10-pound lifting restriction and couldn't lift | 10:20:00 |
| 24 | above your shoulders? | 10:20:03 |

```
 1        A.   I have a half a dozen letters.              10:20:05

 2              THE WITNESS:  Does she have that copy      10:20:08

 3    that says that?                                      10:20:10

 4        Q.   Well, you need to answer my question        10:20:14

 5    without asking your lawyer the answer.               10:20:16

 6        A.   I'm sorry.  I have a number of letters.     10:20:19

 7        Q.   They say you have a 10-pound lifting        10:20:21

 8    restriction?                                         10:20:23

 9        A.   Yes.                                        10:20:24

10        Q.   And any other restriction?                  10:20:25

11        A.   I couldn't push, pull, or anything over     10:20:26

12    that, and I couldn't lift anything over my chest.    10:20:29

13        Q.   Were those letters that you brought in      10:20:35

14    and gave to somebody in the office?                  10:20:37

15        A.   I gave it to my medical department.         10:20:38

16        Q.   Anyone in particular?                       10:20:43

17        A.   At the time, her name was, I don't          10:20:46

18    remember her name.                                   10:20:51

19        Q.   Do you know what her position was?          10:20:53

20        A.   She was the nurse.                          10:20:55

21        Q.   Was it Maureen Manning?                     10:20:58

22        A.   Maybe.  Yes, I believe so.  Is that who     10:21:03

23    the nurse was there?                                 10:21:08

24        Q.   I'm just asking if you remember who it      10:21:10
```

39

| | | |
|---|---|---|
| 1 | was. | 10:21:12 |
| 2 | A.   I think it was Maureen.  I don't remember | 10:21:13 |
| 3 | her last name. | 10:21:15 |
| 4 | Q.   And who was your manager at the time you | 10:21:18 |
| 5 | came back from your workers comp leave? | 10:21:25 |
| 6 | A.   Joe Bosco. | 10:21:31 |
| 7 | Q.   I thought when you went out as a paying | 10:21:32 |
| 8 | teller your manager was Arthur Sheehan? | 10:21:35 |
| 9 | A.   He was a high-speed supervisor. | 10:21:38 |
| 10 | Q.   You told me he was the paying teller | 10:21:41 |
| 11 | supervisor. | 10:21:44 |
| 12 | A.   I'm sorry, Arthur Sheehan was the paying | 10:21:46 |
| 13 | teller supervisor.  Joe Bosco was the manager of | 10:21:52 |
| 14 | high speed. | 10:21:54 |
| 15 | Q.   So at the time you went out on your | 10:21:59 |
| 16 | leave, Arthur Sheehan was your supervisor? | 10:22:00 |
| 17 | A.   Yes, I'm sorry. | 10:22:03 |
| 18 | Q.   When you came back from your leave did | 10:22:04 |
| 19 | you talk to Mr. Sheehan? | 10:22:06 |
| 20 | A.   No. | 10:22:07 |
| 21 | Q.   Did you believe that you were capable of | 10:22:08 |
| 22 | going back to being a paying teller? | 10:22:09 |
| 23 | A.   No.  I could not do those functions. | 10:22:12 |
| 24 | That's why I was put on high speed, because that | 10:22:15 |

1    was the only light duty that they had.                    10:22:20

2        Q.   Now, before you described that the high          10:22:24

3    speed involved lifting the four-and-a-half pound          10:22:28

4    bundles and the straps that were a few ounces and         10:22:32

5    then you put them in the machine.  So you weren't         10:22:38

6    required on the high-speed machine to lift more           10:22:40

7    than ten pounds, right?                                   10:22:42

8        A.   Well, you were because the containers            10:22:44

9    weighed over a thousand pounds that you had to            10:22:48

10   push and pull to get them into the high-speed            10:22:51

11   area.  Plus the fact that you had to take them           10:22:56

12   out of the containers to count them.                     10:22:58

13          So, it was a matter of you had to move            10:23:07

14   these containers, these bundles to different            10:23:10

15   areas of the room.                                       10:23:14

16       Q.   These are the four-and-a-half pound            10:23:19

17   bundles?                                                 10:23:21

18       A.   Two-and-a-half pound bundles.                  10:23:22

19       Q.   So moving the two-and-a-half pound             10:23:24

20   bundles --                                               10:23:27

21       A.   Was not the problem.  It was when you put      10:23:28

22   them with four or five of them, when you had to         10:23:30

23   lift four or five bundles at a time that it             10:23:33

24   became a problem.                                        10:23:36

| | | |
|---|---|---|
| 1 | Q.   Well, by my count, you could lift four of | 10:23:37 |
| 2 | them and still be within the ten-pound | 10:23:40 |
| 3 | restriction? | 10:23:43 |
| 4 | A.   Right, exactly. | 10:23:44 |
| 5 | Q.   So the bundles were not the problem when | 10:23:45 |
| 6 | you came back? | 10:23:46 |
| 7 | A.   Correct. | 10:23:48 |
| 8 | Q.   In your mind, it was pushing the | 10:23:48 |
| 9 | containers? | 10:23:51 |
| 10 | A.   Correct. | 10:23:52 |
| 11 | Q.   Is it your testimony that when you came | 10:23:52 |
| 12 | back from your workers comp leave in 2000 that | 10:23:54 |
| 13 | you were required to push the thousand-pound | 10:23:57 |
| 14 | containers around the department? | 10:24:02 |
| 15 | A.   Well, at the time, no.  They allowed me, | 10:24:03 |
| 16 | the other people in the room, at that time there | 10:24:06 |
| 17 | was three or four people in a room, and the other | 10:24:08 |
| 18 | people in the room did that.  I didn't have to | 10:24:12 |
| 19 | push containers. | 10:24:14 |
| 20 | Q.   So you came back to work sometime toward | 10:24:16 |
| 21 | the end of 2000 or beginning of 2001? | 10:24:21 |
| 22 | A.   I came back February 12, 2001. | 10:24:26 |
| 23 | Q.   And you were on a 10-pound lifting | 10:24:30 |
| 24 | restriction? | 10:24:33 |

|   |   |
|---|---|
| 1 | A.    Right. | 10:24:34 |
| 2 | Q.    Which you communicated to the medical | 10:24:34 |
| 3 | department? | 10:24:36 |
| 4 | A.    Yes. | 10:24:37 |
| 5 | Q.    As far as you know, the medical | 10:24:37 |
| 6 | department communicated that to some supervisor | 10:24:41 |
| 7 | personnel because you ended up being transferred | 10:24:44 |
| 8 | to the high-speed area, correct? | 10:24:46 |
| 9 | A.    Correct. | 10:24:50 |
| 10 | Q.    In that function, you were not required | 10:24:50 |
| 11 | to push the thousand-pound containers? | 10:24:56 |
| 12 | A.    Correct, at that time. | 10:24:59 |
| 13 | Q.    And the bundles that you were carrying | 10:25:00 |
| 14 | were within the 10-pound restriction? | 10:25:03 |
| 15 | A.    Yes. | 10:25:06 |
| 16 | Q.    You were told you could limit whatever | 10:25:07 |
| 17 | else you were asked to do to your medical | 10:25:08 |
| 18 | conditions at the time? | 10:25:11 |
| 19 | A.    Correct. | 10:25:13 |
| 20 | Q.    Did you have a problem with that? | 10:25:13 |
| 21 | A.    No. | 10:25:15 |
| 22 | Q.    So you agree that the bank then did what | 10:25:15 |
| 23 | your doctor recommended at that time? | 10:25:17 |
| 24 | A.    At that time. | 10:25:19 |

|  |  |  |
|---|---|---|
| 1 | Q.    How long did that medical restriction | 10:25:20 |
| 2 | stay in place? | 10:25:23 |
| 3 | A.    Until I left. | 10:25:25 |
| 4 | Q.    Until you left your job finally? | 10:25:27 |
| 5 | A.    Yes. | 10:25:29 |
| 6 | Q.    So it was in place for some couple of | 10:25:29 |
| 7 | years or a few years? | 10:25:32 |
| 8 | A.    Yes, correct. | 10:25:34 |
| 9 | Q.    And did you keep bringing in notes | 10:25:35 |
| 10 | renewing this restriction? | 10:25:37 |
| 11 | A.    Correct. | 10:25:38 |
| 12 | Q.    Did the restriction ever change? | 10:25:39 |
| 13 | A.    No. | 10:25:41 |
| 14 | Q.    So the only restriction you were under | 10:25:42 |
| 15 | from the time you returned in February of 2001 | 10:25:44 |
| 16 | until the last day you ever worked at the bank | 10:25:47 |
| 17 | was a 10-pound lifting restriction? | 10:25:50 |
| 18 | A.    Correct. | 10:25:52 |
| 19 | Q.    And is it your belief that at some point | 10:25:55 |
| 20 | the bank stopped honoring the medical restriction | 10:25:58 |
| 21 | that you were under? | 10:26:03 |
| 22 | A.    Yes. | 10:26:04 |
| 23 | Q.    When was that? | 10:26:05 |
| 24 | A.    I don't know exactly when, but it was | 10:26:07 |

| | |
|---|---|
| 1 | A.    Yes. | 10:29:45 |
| 2 | Q.    You had communicated your medical | 10:29:46 |
| 3 | restriction to them? | 10:29:47 |
| 4 | A.    Yes. | 10:29:48 |
| 5 | Q.    They had told you that they would honor | 10:29:49 |
| 6 | that restriction, correct? | 10:29:51 |
| 7 | A.    Correct. | 10:29:52 |
| 8 | Q.    And they had honored it for at least some | 10:29:53 |
| 9 | period of time, at least according to you? | 10:29:55 |
| 10 | A.    Yes. | 10:29:58 |
| 11 | Q.    Now all of a sudden, you think you're in | 10:29:58 |
| 12 | a position where you have to do this job, right? | 10:30:01 |
| 13 | A.    Right. | 10:30:03 |
| 14 | Q.    Did it ever occur to you to go and tell | 10:30:04 |
| 15 | someone that you felt you were being put in an | 10:30:07 |
| 16 | untenable position? | 10:30:09 |
| 17 | A.    Well -- | 10:30:11 |
| 18 | Q.    Could you just answer my question? | 10:30:12 |
| 19 | A.    I did.  After the second time they told | 10:30:14 |
| 20 | me there was two people in the room, I went to | 10:30:16 |
| 21 | the medical department, to Maureen.  She gave me | 10:30:19 |
| 22 | a letter saying that I had to be in a room with | 10:30:22 |
| 23 | at least three people. | 10:30:25 |
| 24 | I brought it down to Joe Bosco --  well, | 10:30:27 |

```
 1    I left it on his desk because he wasn't there.      10:30:32
 2    At the time I was going home because I was in        10:30:36
 3    pain.  The next day when I came in, Joe Bosco        10:30:38
 4    called me in the office and said, "This is          10:30:42
 5    unacceptable.  We cannot guaranty that you will     10:30:44
 6    be in a room with more than two people."            10:30:49
 7        Q.   So your complaint is that you felt you     10:30:54
 8    had to push the containers because you were in a    10:30:57
 9    room with two people?                               10:31:02
10        A.   Yes, but I also did it prior to that when  10:31:04
11    there was three of us because with three people,    10:31:07
12    it slowly was a point where I was asked to run      10:31:12
13    the machine, I was asked to reconcile, I was        10:31:16
14    asked to turn the fit over.  And supervisors did    10:31:20
15    make comments, oh, can you help somebody push       10:31:25
16    this container.  And when I said no, they gave me   10:31:29
17    looks like, oh, yeah.                               10:31:32
18         I was put in a situation where I was           10:31:37
19    forcing the people that I was working with to do    10:31:40
20    my work.                                            10:31:43
21        Q.   So you felt guilty?                        10:31:44
22        A.   Exactly.                                   10:31:46
23        Q.   And so, because you felt guilty, you       10:31:47
24    pushed the containers, right?                       10:31:49
```

| | | |
|---|---|---|
| 1 | A.    Well, if that's apparently -- | 10:31:52 |
| 2 | Q.    Is that right? | 10:31:58 |
| 3 | A.    Correct. | 10:31:58 |
| 4 | Q.    So you voluntarily pushed the containers | 10:31:59 |
| 5 | because you felt guilty that other people had to | 10:32:01 |
| 6 | cover that part of your job, right? | 10:32:04 |
| 7 | A.    Right. | 10:32:06 |
| 8 | Q.    And not because anyone at the bank told | 10:32:06 |
| 9 | you to? | 10:32:08 |
| 10 | A.    But -- | 10:32:09 |
| 11 | Q.    No, answer my question. | 10:32:10 |
| 12 | A.    Yes, that is correct.  But when I started | 10:32:12 |
| 13 | getting pains and couldn't do it anymore, I was | 10:32:14 |
| 14 | told that it was unacceptable; that I had to work | 10:32:16 |
| 15 | with two people. | 10:32:20 |
| 16 | Q.    Joe Bosco never told you you had to push | 10:32:22 |
| 17 | the containers, did he? | 10:32:24 |
| 18 | A.    Well, how do you not push the containers | 10:32:26 |
| 19 | if you're the only other person in the room? | 10:32:27 |
| 20 | Q.    Well, the other person pushes the | 10:32:31 |
| 21 | container or someone else comes in and does it | 10:32:33 |
| 22 | for you.  Is that a possibility? | 10:32:35 |
| 23 | A.    Well, when there's nobody around, no, it | 10:32:38 |
| 24 | isn't. | 10:32:46 |

| | | |
|---|---|---|
| 1 | Q. But you didn't go to find someone, did | 10:32:46 |
| 2 | you? | 10:32:46 |
| 3 | A. Yes, we did. | 10:32:46 |
| 4 | Q. No, you didn't. | 10:32:46 |
| 5 | MR. GREEN:    Objection. | 10:32:46 |
| 6 | Q. How many times did you go to Joe Bosco | 10:32:47 |
| 7 | and say there's no one here to push the | 10:32:49 |
| 8 | container, and I can't do it myself?  How many | 10:32:51 |
| 9 | times did you go and do that? | 10:32:53 |
| 10 | A. I didn't. | 10:32:57 |
| 11 | Q. You never did it, did you? | 10:32:57 |
| 12 | A. No. | 10:32:59 |
| 13 | Q. So how do you know that no help was | 10:33:00 |
| 14 | available to you? | 10:33:02 |
| 15 | A. The other people, there were times when | 10:33:05 |
| 16 | there were other people that had gone home and | 10:33:11 |
| 17 | there was nobody available. | 10:33:14 |
| 18 | Q. Nobody in the whole bank? | 10:33:17 |
| 19 | A. Well, except for Joe Bosco and the | 10:33:19 |
| 20 | supervisor. | 10:33:23 |
| 21 | Q. Did you ever go ask him to help? | 10:33:24 |
| 22 | A. We had many containers. | 10:33:26 |
| 23 | Q. Just answer my question. | 10:33:27 |
| 24 | A. We had many containers.  And yes.  Joe | 10:33:28 |

51

| | |
|---|---|
| 1 | Bosco actually said no once. | 10:33:33 |
| 2 | Q.   He said, no, I won't come and push it | 10:33:35 |
| 3 | myself? | 10:33:38 |
| 4 | A.   Right. | 10:33:39 |
| 5 | Q.   But he didn't tell you to go and push it, | 10:33:40 |
| 6 | did he? | 10:33:43 |
| 7 | A.   No. | 10:33:44 |
| 8 | Q.   In fact, he said, Connie, just go and do | 10:33:44 |
| 9 | what you can. | 10:33:47 |
| 10 | A.   No, he never said that. | 10:33:49 |
| 11 | Q.   What difference did it make how many | 10:33:52 |
| 12 | people were working in the room with you as long | 10:33:55 |
| 13 | as you didn't lift ten pounds? | 10:33:58 |
| 14 | A.   But I had to lift more than ten pounds. | 10:34:01 |
| 15 | I had to push the containers out of the way into | 10:34:04 |
| 16 | the room. | 10:34:06 |
| 17 | Q.   I'm not talking about push the containers | 10:34:07 |
| 18 | now. | 10:34:09 |
| 19 | A.   Fit currency had to be put in the | 10:34:11 |
| 20 | containers.  I had to lift bundles out of the | 10:34:12 |
| 21 | containers. | 10:34:17 |
| 22 | Q.   Right.  But we've already established | 10:34:18 |
| 23 | through your testimony that neither of those | 10:34:20 |
| 24 | tasks involved lifting more than ten pounds. | 10:34:22 |

| | |
|---|---|
| 1 | A.    Who was to help me? | 10:35:18 |
| 2 | Q.    Well, really, wasn't that your | 10:35:19 |
| 3 | supervisor's job to do that? | 10:35:21 |
| 4 | A.    She put me in a room with two people. | 10:35:23 |
| 5 | Who was to help me?  I was in a room with three | 10:35:27 |
| 6 | people, and I was counting money, and she told me | 10:35:29 |
| 7 | to count the money.  So now it's above my head. | 10:35:33 |
| 8 | Q.    You weren't counting it above your head | 10:35:36 |
| 9 | certainly. | 10:35:39 |
| 10 | A.    No.  But I had to lift up and bring it | 10:35:39 |
| 11 | down, which I couldn't do. | 10:35:42 |
| 12 | Q.    Why couldn't you go and find someone to | 10:35:44 |
| 13 | help you get assistance to perform that part of | 10:35:46 |
| 14 | your job? | 10:35:50 |
| 15 | A.    Because they told me to do it. | 10:35:51 |
| 16 | Q.    Who told you to do it? | 10:35:53 |
| 17 | A.    The supervisors. | 10:35:55 |
| 18 | Q.    Which supervisors? | 10:35:56 |
| 19 | A.    Whatever supervisors were there. | 10:35:58 |
| 20 | Q.    Why don't you give me their names? | 10:36:02 |
| 21 | A.    Peggy McFarland. | 10:36:05 |
| 22 | Q.    Your testimony is that Peggy McFarland | 10:36:11 |
| 23 | ordered you to lift the currency over your head? | 10:36:13 |
| 24 | A.    She told me to count the money. | 10:36:16 |

1    was two years ago.                                    10:41:12

2        Q.    Well, how do you know it was a warning      10:41:14

3    then if you can't remember what was said?             10:41:18

4        A.    Because I got --  I did get one.  I just     10:41:23

5    don't remember what was said.                         10:41:33

6        Q.    Was that the only discipline that was       10:41:37

7    ever taken against you?                               10:41:39

8        A.    I don't know.                               10:41:43

9        Q.    Was your pay cut in any way?                10:41:47

10       A.    No.                                         10:41:49

11       Q.    In fact, your pay was raised, wasn't it,    10:41:50

12   that year?                                            10:41:52

13       A.    Yes.                                        10:41:53

14       Q.    You got a pay raise every year, correct?    10:41:54

15       A.    Correct.                                    10:41:56

16       Q.    Including the year that you went home two   10:41:57

17   times a week for five months?                         10:41:59

18       A.    Yes.                                        10:42:01

19       Q.    Now, as I understand it, you're claiming    10:42:34

20   in this case that the bank failed to accommodate      10:42:37

21   your medical condition.  Is that your claim?          10:42:40

22       A.    Yes.                                        10:42:43

23       Q.    And can you tell me exactly in what way     10:42:44

24   you believe the bank failed to accommodate your       10:42:48

|   |   |   |
|---|---|---|
| 1 | A.    Correct. | 10:44:09 |
| 2 | Q.    How did you have to lift the money above | 10:44:09 |
| 3 | your head in order to count it? | 10:44:11 |
| 4 | A.    Well, I just told you.  The containers | 10:44:14 |
| 5 | were over six feet.  So in order to take the | 10:44:20 |
| 6 | money out of the containers, I had to lift over | 10:44:21 |
| 7 | my head to grab these bundles.  There was at | 10:44:24 |
| 8 | least two rows.  In order to put the fit currency | 10:44:32 |
| 9 | into the containers, I had to do the same thing. | 10:44:45 |
| 10 | I had to lift over my head and put these bundles | 10:44:47 |
| 11 | in the top rows. | 10:44:51 |
| 12 | Q.    And you did not ask anyone else to help | 10:44:58 |
| 13 | you with that part of your job? | 10:45:00 |
| 14 | A.    No, I didn't. | 10:45:02 |
| 15 | Q.    And that's because you felt guilty? | 10:45:07 |
| 16 | A.    Well, it was putting my stress on my | 10:45:12 |
| 17 | teammates. | 10:45:15 |
| 18 | Q.    So you felt guilty? | 10:45:16 |
| 19 | A.    Correct. | 10:45:18 |
| 20 | Q.    That's why you didn't ask someone to help | 10:45:18 |
| 21 | you with the things that your doctor told you not | 10:45:20 |
| 22 | to do? | 10:45:22 |
| 23 | A.    Correct. | 10:45:23 |
| 24 | Q.    Is there any other way that you think the | 10:45:25 |

| | | |
|---|---|---|
| 1 | A.   I don't know what year she left.  And so, | 10:49:25 |
| 2 | there were openings.  Patty, the other paying, | 10:49:29 |
| 3 | was a paying teller and she went in there. | 10:49:34 |
| 4 | Evelyn Harris was also in there.  She was a | 10:49:39 |
| 5 | receiving teller.  They put her in there, and | 10:49:43 |
| 6 | they were Grade 9's. | 10:49:52 |
| 7 | Q.   So you went out of work again in March of | 10:49:56 |
| 8 | 2003, right? | 10:49:59 |
| 9 | A.   Yes. | 10:50:00 |
| 10 | Q.   And what happened at that time to cause | 10:50:00 |
| 11 | you to go out of work? | 10:50:04 |
| 12 | A.   I couldn't move my shoulders.  I was in | 10:50:05 |
| 13 | severe pain.  I couldn't even do repetition work | 10:50:07 |
| 14 | at the time because my shoulder was so bad.  That | 10:50:12 |
| 15 | was the reason I really couldn't work because I | 10:50:17 |
| 16 | couldn't do repetitive, I couldn't go keep moving | 10:50:20 |
| 17 | from here to here.  So I couldn't do anything. | 10:50:27 |
| 18 | I went to my doctor, and she gave me a | 10:50:32 |
| 19 | letter, Dr. Atkinson.  She replaced Dr. Asanti. | 10:50:37 |
| 20 | She gave me a letter saying I couldn't work. | 10:50:47 |
| 21 | Q.   Can you tell me --  I take it, you never | 10:50:49 |
| 22 | went back to work again? | 10:50:52 |
| 23 | A.   No. | 10:50:54 |
| 24 | Q.   You're not working today? | 10:50:54 |

| | |
|---|---|
| 1 | A.    Correct. | 10:50:56 |
| 2 | Q.    Is it your view that you can never work | 10:50:56 |
| 3 | again in any kind of job? | 10:50:59 |
| 4 | A.    Correct. | 10:51:01 |
| 5 | Q.    For the rest of your life? | 10:51:01 |
| 6 | A.    So far. | 10:51:03 |
| 7 | Q.    And that's what you thought in March | 10:51:05 |
| 8 | 2003, that you could not do any job at the bank? | 10:51:09 |
| 9 | A.    No. | 10:51:12 |
| 10 | Q.    You couldn't even work in the settlement | 10:51:13 |
| 11 | area? | 10:51:14 |
| 12 | A.    At that time, I could not work.  At the | 10:51:16 |
| 13 | time I left, I couldn't work, do anything.  I | 10:51:18 |
| 14 | didn't realize it was going to be for the rest of | 10:51:24 |
| 15 | my career. | 10:51:28 |
| 16 | Q.    When did you find that out? | 10:51:30 |
| 17 | A.    About six months later. | 10:51:37 |
| 18 | Q.    So, like in September of 2003? | 10:51:39 |
| 19 | A.    Yes. | 10:51:42 |
| 20 | Q.    You found out that you would never be | 10:51:44 |
| 21 | able to work again? | 10:51:46 |
| 22 | A.    I couldn't work.  I couldn't do anything | 10:51:47 |
| 23 | with my shoulders. | 10:51:49 |
| 24 | Q.    Who told you that? | 10:51:52 |

| | | |
|---|---|---|
| 1 | completely disabled from working in any job for | 10:53:44 |
| 2 | the rest of your life? | 10:53:47 |
| 3 | A.    Yes. | 10:53:50 |
| 4 | Q.    And did you tell that to the workers | 10:53:51 |
| 5 | compensation board in some form, either written | 10:53:53 |
| 6 | or oral? | 10:53:56 |
| 7 | A.    I didn't make that statement, no. | 10:53:57 |
| 8 | Q.    Was that -- | 10:53:59 |
| 9 | A.    My lawyer probably did. | 10:54:00 |
| 10 | Q.    With your authorization? | 10:54:03 |
| 11 | A.    Yes. | 10:54:05 |
| 12 | Q.    And do you believe sitting here today | 10:54:08 |
| 13 | that you are completely unable to work in any job | 10:54:09 |
| 14 | ever again? | 10:54:13 |
| 15 | A.    Yes. | 10:54:14 |
| 16 | Q.    And you believe that your doctors have | 10:54:14 |
| 17 | told you that that's the case? | 10:54:15 |
| 18 | A.    Yes. | 10:54:17 |
| 19 | Q.    Any doctor other than Dr. Singer? | 10:54:18 |
| 20 | A.    Dr. Morley.  He's an orthopedic doctor. | 10:54:21 |
| 21 | Q.    Where does he work? | 10:54:25 |
| 22 | A.    He's in Lowell. | 10:54:27 |
| 23 | Q.    When did you start consulting with him? | 10:54:35 |
| 24 | A.    In 2003. | 10:54:40 |

| | | |
|---|---|---|
| 1 | Q.    Why did you start seeing him? | 10:54:42 |
| 2 | A.    Because a lawyer suggested that I see | 10:54:46 |
| 3 | him. | 10:54:51 |
| 4 | Q.    Which lawyer? | 10:54:52 |
| 5 | MR. GREEN:    I would object and say | 10:54:54 |
| 6 | that any testimony between her and her attorneys | 10:54:55 |
| 7 | is privileged. | 10:54:58 |
| 8 | MS. SUNSHINE:    Well, she went and | 10:55:02 |
| 9 | saw him, so the fact isn't a secret. | 10:55:03 |
| 10 | MR. GREEN:    Right.  But any | 10:55:06 |
| 11 | conversation that she may have had with her | 10:55:07 |
| 12 | attorney is privileged. | 10:55:09 |
| 13 | Q.    Was this during the course of your | 10:55:15 |
| 14 | workers compensation case? | 10:55:16 |
| 15 | A.    No. | 10:55:19 |
| 16 | Q.    It was during the course of the claim you | 10:55:20 |
| 17 | filed for long-term disability benefits? | 10:55:22 |
| 18 | A.    Correct. | 10:55:25 |
| 19 | Q.    And who represented you in that case? | 10:55:25 |
| 20 | A.    Pat Michaels. | 10:55:28 |
| 21 | Q.    Is that a woman? | 10:55:30 |
| 22 | A.    Yes. | 10:55:31 |
| 23 | Q.    Is it Patricia? | 10:55:31 |
| 24 | A.    Patricia Michaels. | 10:55:34 |

```
 1          Q.    She helped you file the long-term        10:55:36

 2     disability claim?                                   10:55:38

 3          A.    Correct.                                 10:55:39

 4          Q.    When you filed for long-term disability  10:55:40

 5     benefits, did you believe you were completely       10:55:42

 6     unable to work in any job for the rest of your      10:55:48

 7     life?                                               10:55:51

 8          A.    Yes.                                     10:55:51

 9          Q.    Did you make that representation to the  10:55:52

10     insurance carrier in connection with benefits?     10:55:54

11          A.    Yes.                                     10:55:57

12          Q.    Do you remember writing that on the form? 10:55:58

13          A.    Yes.                                     10:56:00

14          Q.    You wrote that?                          10:56:00

15          A.    I believe so, that I could not work.     10:56:01

16          Q.    And was it your understanding that that  10:56:04

17     was a permanent condition that would last for the  10:56:06

18     rest of your life?                                  10:56:08

19          A.    No, it's not understood that it's a      10:56:15

20     permanent condition.                                10:56:21

21          Q.    Well, what's your expectation about      10:56:21

22     whether you're going to be able to go back to       10:56:21

23     work in the future?                                 10:56:23

24          A.    I don't know.  I don't know.             10:56:24
```

| | | |
|---|---|---|
| 1 | Q.    Was -- | 10:56:28 |
| 2 | A.    As of right now, I can't. | 10:56:30 |
| 3 | Q.    Was your long-term disability claim | 10:56:32 |
| 4 | allowed? | 10:56:34 |
| 5 | A.    No, it was denied. | 10:56:35 |
| 6 | Q.    And do you remember when you filed that | 10:56:38 |
| 7 | claim? | 10:56:39 |
| 8 | A.    September of 2003. | 10:56:42 |
| 9 | Q.    You had already been out of work for six | 10:56:55 |
| 10 | months? | 10:56:57 |
| 11 | A.    Correct. | 10:56:58 |
| 12 | Q.    You filed it at that time because there | 10:56:59 |
| 13 | was a six-month waiting period? | 10:57:00 |
| 14 | A.    Yes, there was. | 10:57:02 |
| 15 | Q.    Were you receiving compensation from | 10:57:03 |
| 16 | March of 2003 until September? | 10:57:05 |
| 17 | A.    Yes. | 10:57:08 |
| 18 | Q.    And -- | 10:57:09 |
| 19 | A.    I was getting full sick pay.  I was on | 10:57:11 |
| 20 | sick leave from the bank. | 10:57:13 |
| 21 | Q.    You were getting workers compensation, | 10:57:15 |
| 22 | and the bank was supplementing it? | 10:57:17 |
| 23 | A.    No, I was not getting workmans comp at | 10:57:19 |
| 24 | that time.  The only time I received workmans | 10:57:22 |

1    comp was from August of 2000 to February of 2001.    10:57:25

2    That was the only time I received workmans comp    10:57:36

3    benefits.    10:57:41

4        Q.    So the bank had you on sick leave for six    10:57:41

5    months?    10:57:44

6        A.    Yes.    10:57:45

7        Q.    Was that under a short-term disability    10:57:45

8    plan?    10:57:47

9        A.    They don't have -- basically, they don't    10:57:48

10    have short-term disability, but they do have a    10:57:52

11    certain amount of sick days during your    10:57:55

12    employment, and I had accumulated enough to    10:57:57

13    collect sick pay for that time.    10:58:01

14        Q.    You accumulated enough days to be out    10:58:05

15    continuously --    10:58:08

16        A.    For a year.  For a year.    10:58:09

17        Q.    So how long did that sick pay last, by    10:58:13

18    the way?    10:58:15

19        A.    Until April 3 of 2004.    10:58:17

20        Q.    When your employment was terminated?    10:58:21

21        A.    Correct.    10:58:23

22        Q.    So for the entire year that you were out,    10:58:24

23    from March of '03 until April of '04, you got    10:58:27

24    your full pay?    10:58:31

| | |
|---|---|
| 1 | A.   Correct. | 10:58:32 |
| 2 | Q.   Did you get your health insurance, the | 10:58:33 |
| 3 | same terms you would have had had you been at | 10:58:35 |
| 4 | work? | 10:58:38 |
| 5 | A.   Yes. | 10:58:39 |
| 6 | Q.   So you didn't lose any money during that | 10:58:39 |
| 7 | period of time? | 10:58:43 |
| 8 | A.   No. | 10:58:44 |
| 9 | Q.   Whatever happened with your workers | 10:58:47 |
| 10 | compensation claim? | 10:58:48 |
| 11 | A.   We settled on a lump sum. | 10:58:50 |
| 12 | Q.   Was that recently? | 10:59:00 |
| 13 | A.   Yes. | 10:59:01 |
| 14 | Q.   And how much money did you receive from | 10:59:02 |
| 15 | that settlement? | 10:59:04 |
| 16 | A.   $30,000. | 10:59:05 |
| 17 | Q.   Have you been paid? | 10:59:10 |
| 18 | A.   Yes. | 10:59:12 |
| 19 | Q.   Were your medical bills paid as part of | 10:59:13 |
| 20 | that settlement? | 10:59:15 |
| 21 | A.   No. | 10:59:15 |
| 22 | Q.   Did the bank's insurance pay your medical | 10:59:16 |
| 23 | bills? | 10:59:19 |
| 24 | A.   After 2004? | 10:59:20 |

|  |  |  |
|---|---|---|
| 1 | A.    As far as I know. | 11:01:21 |
| 2 | Q.    Or until you're eligible for Medicare, | 11:01:21 |
| 3 | perhaps? | 11:01:24 |
| 4 | A.    As far as I know. | 11:01:25 |
| 5 | Q.    Do you have any medical bills outstanding | 11:01:26 |
| 6 | that you haven't paid through insurance? | 11:01:28 |
| 7 | A.    No. | 11:01:31 |
| 8 | (Recessed at 11:00 a.m.). | 11:01:37 |
| 9 | (Resumed at 11:07 a.m.) | 11:07:14 |
| 10 | Q.    Did you ever receive any kind of | 11:07:32 |
| 11 | treatment for your shoulder condition? | 11:07:35 |
| 12 | A.    I had a cortisone shot in my right | 11:07:37 |
| 13 | shoulder. | 11:07:41 |
| 14 | Q.    Just one? | 11:07:43 |
| 15 | A.    Yes. | 11:07:43 |
| 16 | Q.    When was that? | 11:07:44 |
| 17 | A.    2004 sometime.  I don't know exactly | 11:07:50 |
| 18 | when. | 11:07:54 |
| 19 | Q.    Was that the first time you had a | 11:07:55 |
| 20 | cortisone shot? | 11:08:02 |
| 21 | A.    I believe so. | 11:08:02 |
| 22 | Q.    Any other treatment or therapy that | 11:08:02 |
| 23 | you've had over the years? | 11:08:04 |
| 24 | A.    I had physical therapy over the years | 11:08:06 |

| | | |
|---|---|---|
| 1 | since 2000 off and on. | 11:08:08 |
| 2 | Q.    Are you in physical therapy now? | 11:08:15 |
| 3 | A.    No.    I do home physical therapy. | 11:08:18 |
| 4 | Q.    What does that consist of? | 11:08:20 |
| 5 | A.    I have an elastic, colored elastic, they | 11:08:22 |
| 6 | look like scarves.  They're different lengths, | 11:08:28 |
| 7 | and they're very rubbery.  The different colors | 11:08:34 |
| 8 | are a different tightness of it.  When my first | 11:08:37 |
| 9 | frozen shoulders were first there, after the pain | 11:08:44 |
| 10 | went away I used a loose rubber band.  Then as I | 11:08:48 |
| 11 | got better, it became tighter and tighter.  So | 11:08:54 |
| 12 | that's what I do. So that's what I do to stretch | 11:08:59 |
| 13 | my arms. | 11:09:07 |
| 14 | Q.    How many times a day do you do that? | 11:09:08 |
| 15 | A.    Two or three times a day. | 11:09:10 |
| 16 | Q.    For how long? | 11:09:15 |
| 17 | A.    About ten, fifteen minutes. | 11:09:16 |
| 18 | Q.    Is there any other course of treatment | 11:09:21 |
| 19 | that you're receiving now other than stretching | 11:09:22 |
| 20 | the elastic bands? | 11:09:25 |
| 21 | A.    No. | 11:09:27 |
| 22 | Q.    When was the last time you received any | 11:09:27 |
| 23 | kind of active treatment for your shoulders? | 11:09:29 |
| 24 | A.    I believe the cortisone shot was the | 11:09:33 |

| | | |
|---|---|---|
| 1 | last. | 11:09:37 |
| 2 | Q. In 2004? | 11:09:39 |
| 3 | A. Yes. It didn't work, so the doctor and I | 11:09:40 |
| 4 | decided that it wouldn't do any good to put one | 11:09:46 |
| 5 | in my other shoulder. | 11:09:50 |
| 6 | Q. And so, in 2004 you had a cortisone shot. | 11:09:59 |
| 7 | Since that time you've stretched with the elastic | 11:10:07 |
| 8 | bands? | 11:10:10 |
| 9 | A. Right. | 11:10:10 |
| 10 | Q. That's all that happened since 2004 in | 11:10:11 |
| 11 | terms of treatment or therapy? | 11:10:13 |
| 12 | A. Correct. I take Advil when I'm in pain. | 11:10:15 |
| 13 | Q. Before the cortisone shot, were you | 11:10:19 |
| 14 | getting any kind of active treatment or therapy? | 11:10:21 |
| 15 | A. I can't remember when I had the last | 11:10:31 |
| 16 | physical therapy session, I'm sorry. I don't | 11:10:33 |
| 17 | remember the dates. | 11:10:36 |
| 18 | Q. Was it during the year that you were out? | 11:10:38 |
| 19 | A. I believe so. | 11:10:42 |
| 20 | Q. Who did you go to for physical therapy? | 11:10:44 |
| 21 | A. Jean O'Toole at the Mass. General | 11:10:47 |
| 22 | Hospital. | 11:10:56 |
| 23 | Q. So what is your current plan then for | 11:10:57 |
| 24 | getting better? | 11:11:00 |

         1         A.    There's no plan.  I have tendinitis in          11:11:02

         2    both shoulders.  There's nothing much I can do          11:11:06

         3    about it.  I have a tear in my left, I'm not sure       11:11:09

         4    where it is.  I'm not a doctor, but it's                11:11:15

         5    somewhere in a ligament or in a tendon or               11:11:19

         6    something.  And only thing other than to just let       11:11:22

         7    it heal is to have surgery, and I'm not ready to        11:11:29

         8    have major surgery on my shoulder.                      11:11:35

         9         Q.    Weren't you given a course of weight          11:11:37

        10    training at some point, lifting weights?                11:11:40

        11         A.    Dr. Morley informed me that I could try      11:11:43

        12    lifting some 5-pound weights on my arm.                 11:11:49

        13         Q.    Have you tried that?                         11:11:53

        14         A.    Not yet.                                     11:11:55

        15         Q.    Well, you were given a weight-training       11:11:55

        16    program in 2002.  I'm reading a note from Dr.           11:11:59

        17    Amante who said: "You will begin light weight           11:12:34

        18    training as an effort to normalize your                 11:12:36

        19    strength."  Did you do the weight training at           11:12:38

        20    that point?                                             11:12:42

        21         A.    Light weight training?                       11:12:43

        22         Q.    Yes, lifting weights to build strength.      11:12:45

        23         A.    No.  I went to, when I was back at work,     11:12:48

        24    they have a fitness center.  I didn't lift             11:12:53

| | | |
|---|---|---|
| 1 | A.    Yes. | 11:20:37 |
| 2 | Q.    Where you live alone on the ground floor? | 11:20:39 |
| 3 | A.    Well, I moved in literally with my sister | 11:20:41 |
| 4 | in her apartment at the time. | 11:20:44 |
| 5 | Q.    Were there any limitations at that time | 11:20:46 |
| 6 | on your day-to-day activities? | 11:20:49 |
| 7 | A.    Yes. | 11:20:52 |
| 8 | Q.    Can you tell me what they were? | 11:20:53 |
| 9 | A.    I had to --  I couldn't do my own hair. | 11:20:54 |
| 10 | When I took a shower and washed my hair, I would | 11:21:01 |
| 11 | be, my shoulders would be so sore I had to rest | 11:21:04 |
| 12 | for a half hour.  To this day, I still cannot | 11:21:08 |
| 13 | blow dry my own hair because I cannot hold the | 11:21:11 |
| 14 | blow dryer long enough to completely dry my hair. | 11:21:15 |
| 15 | So somebody else has to do it, my sister, or I | 11:21:19 |
| 16 | have to let it go. | 11:21:24 |
| 17 | Q.    You mean you can't hold the dryer up like | 11:21:25 |
| 18 | this? | 11:21:27 |
| 19 | A.    For a long enough period of time to blow | 11:21:28 |
| 20 | dry my hair. | 11:21:30 |
| 21 | Q.    Have you tried sitting in the chair and | 11:21:31 |
| 22 | leaning over? | 11:21:35 |
| 23 | A.    Yes, but to do this, yeah, it's fine to | 11:21:37 |
| 24 | just blow dry it like that.  But in order to | 11:21:39 |

```
 1    style it, I can't style my own hair.              11:21:42

 2          Taking a shower, washing my hair for long   11:21:46

 3    periods of time, I have to rest.  I can't do      11:21:49

 4    anything with my shoulders after washing and      11:21:53

 5    putting in conditioner and everything in my own   11:21:57

 6    hair.                                             11:22:01

 7          I tried to replace the screens off her      11:22:03

 8    storm door, and I can't lift my arms for more     11:22:06

 9    than five minutes, just something light.  I can't 11:22:09

10    do this.                                          11:22:13

11          When I reach for something over my head,    11:22:16

12    I still can't do a full reach.  I'm very cautious 11:22:21

13    if I have to get a glass above my head out of one 11:22:30

14    of my cabinets because I'm afraid that I might    11:22:33

15    drop it.                                          11:22:37

16    Q.   But you're able to do that, basically?       11:22:38

17    A.   Well, basically.                             11:22:41

18    Q.   I mean, you live alone, so presumably you    11:22:42

19    get food off the shelf and get things into the    11:22:45

20    dishwasher?                                       11:22:48

21    A.   Well, basically I live downstairs, but I     11:22:49

22    eat upstairs because my sister does the cooking.  11:22:52

23    When I go food shopping, carrying, it's minimized 11:22:56

24    my carrying the shopping bags.  I have to make    11:23:02
```

| | | |
|---|---|---|
| 1 | more trips because I can't carry as many bags. | 11:23:05 |
| 2 | I can't lift anything. I have a real | 11:23:10 |
| 3 | hard time lifting things from one area to | 11:23:15 |
| 4 | another. A case of water, I can't do it. So my | 11:23:18 |
| 5 | shopping habits have lessened. Even my everyday | 11:23:26 |
| 6 | cleanliness, health habits. | 11:23:32 |
| 7 | Q. How have your health habits degenerated? | 11:23:35 |
| 8 | A. I meant taking a shower and stuff like | 11:23:39 |
| 9 | that. | 11:23:41 |
| 10 | Q. Do you take a shower every day? | 11:23:42 |
| 11 | A. No, I don't, as a matter of fact, because | 11:23:44 |
| 12 | I can't take a shower and wash my hair every day | 11:23:46 |
| 13 | because I can't do that every day. It's too much | 11:23:49 |
| 14 | on my shoulders. So I have to do a sponge bath. | 11:23:51 |
| 15 | Q. Do you clean your own house? | 11:23:56 |
| 16 | A. Parts of it. I don't do any heavy | 11:23:59 |
| 17 | cleaning or moving furniture or washing walls. | 11:24:05 |
| 18 | Q. Do you drive a car? | 11:24:12 |
| 19 | A. Yes, I do. | 11:24:13 |
| 20 | Q. Who takes the trash out on trash day? | 11:24:17 |
| 21 | A. My sister. Sometimes I do. | 11:24:21 |
| 22 | Q. Any other limitations in your day-to-day | 11:24:25 |
| 23 | life? | 11:24:28 |
| 24 | A. At this point, I don't remember any | 11:24:35 |

1        offhand.                                              11:24:44

2            Q.   Do you go out and socialize with people?   11:24:45

3            A.   Yes, I do.                                   11:24:47

4            Q.   Go to the movies?                            11:24:48

5            A.   Actually, I haven't gone to the movies in   11:24:50

6        quite a long time.                                    11:24:52

7            Q.   But you could?                               11:24:54

8            A.   I could.                                     11:24:55

9            Q.   Do you remember somebody from the           11:25:06

10       insurance company coming in to observe you at        11:25:09

11       work and write up a kind of job description about    11:25:14

12       your job?                                             11:25:18

13           A.   Somebody watching me, specifically me?      11:25:22

14           Q.   Or watching the high-speed operators?       11:25:25

15           A.   Yeah, on a number of occasion the nurses    11:25:30

16       come down and people have come down, yes.            11:25:35

17           Q.   Do you remember somebody from the           11:25:38

18       insurance company doing that for the purpose or      11:25:39

19       in connection with your claim for disability         11:25:41

20       benefits?                                             11:25:43

21           A.   No, I don't.                                 11:25:44

22                      (Complaint with the MCAD              11:26:04

23       was marked as Exhibit No. 1 for identification).    11:26:06

24           Q.   Just take a look through it, and I'm        11:26:45

| | | |
|---|---|---|
| 1 | mental pain and suffering."  Did you see this | 12:00:37 |
| 2 | before your lawyer filed it or gave it to me in | 12:00:40 |
| 3 | this lawsuit? | 12:00:44 |
| 4 | A.    I don't believe so. | 12:00:45 |
| 5 | Q.    Do you know what these numbers are based | 12:00:47 |
| 6 | on, this $200,000 figure? | 12:00:49 |
| 7 | A.    I would assume my lost wages that I can't | 12:00:52 |
| 8 | work, my disability, my medical bills that I've | 12:00:54 |
| 9 | had to pay COBRA over the years, over the past | 12:00:57 |
| 10 | eighteen months. | 12:01:02 |
| 11 | Q.    How much do you get in your pension? | 12:01:05 |
| 12 | A.    I haven't received it yet, but I believe | 12:01:10 |
| 13 | it's going to be $1,500. | 12:01:12 |
| 14 | Q.    Is that a month? | 12:01:15 |
| 15 | A.    Yes. | 12:01:16 |
| 16 | Q.    That will go on for the rest of your | 12:01:18 |
| 17 | life? | 12:01:20 |
| 18 | A.    Yes. | 12:01:20 |
| 19 | Q.    Have you applied for social security | 12:01:21 |
| 20 | disability? | 12:01:23 |
| 21 | A.    Yes. | 12:01:24 |
| 22 | Q.    Have you received that? | 12:01:24 |
| 23 | A.    Yes. | 12:01:25 |
| 24 | Q.    And when did you apply for SSI or SSDI? | 12:01:26 |

| | | |
|---|---|---|
| 1 | A.    May or thereabouts, April or May of 2004. | 12:01:36 |
| 2 | Q.    And when was the claim approved? | 12:01:40 |
| 3 | A.    May or June.  About a month later. | 12:01:48 |
| 4 | Q.    So you've been receiving SSDI since June | 12:01:51 |
| 5 | of '04? | 12:01:56 |
| 6 | A.    Yes. | 12:01:57 |
| 7 | Q.    And how much do you receive? | 12:01:58 |
| 8 | A.    $1,634. | 12:02:01 |
| 9 | Q.    A month? | 12:02:03 |
| 10 | A.    A month. | 12:02:04 |
| 11 | Q.    Do you have any plans to take any further | 12:02:11 |
| 12 | appeal from your denial of your long-term | 12:02:17 |
| 13 | disability claim? | 12:02:19 |
| 14 | A.    Yes. | 12:02:21 |
| 15 | Q.    What steps are you taking in that regard? | 12:02:22 |
| 16 | A.    I'm reapplying for it. | 12:02:27 |
| 17 | Q.    What do you mean, reapplying? | 12:02:32 |
| 18 | A.    Well, I have a lawyer that's talking to | 12:02:35 |
| 19 | long-term disability insurance company about it, | 12:02:37 |
| 20 | whatever they have to do. | 12:02:41 |
| 21 | Q.    Are you planning to file a lawsuit | 12:02:44 |
| 22 | against the insurance plan? | 12:02:46 |
| 23 | A.    I believe that's what he's going to do. | 12:02:50 |
| 24 | Q.    Have you authorized him to do that? | 12:02:53 |

```
 1        A.    Yes.                                    12:02:54
 2        Q.    Do you know whether papers are already  12:02:55
 3   being drafted?                                     12:03:00
 4        A.    He has sent a letter asking long-term   12:03:01
 5   disability, the insurance company --  yes, he has  12:03:04
 6   notified the insurance company.                    12:03:08
 7        Q.    And do you know whether there are any    12:03:12
 8   negotiations underway?                             12:03:14
 9        A.    As of right now, I don't believe there  12:03:16
10   are.                                               12:03:17
11        Q.    Has the insurance company refused       12:03:18
12   outright to negotiate or to put you on the plan?   12:03:20
13        A.    Recently?                               12:03:24
14        Q.    Through this lawyer.                     12:03:26
15        A.    As of right now, I don't believe there is 12:03:28
16   any communication back.                            12:03:29
17        Q.    So as far as you know, the next step is 12:03:34
18   there will be a lawsuit started on your behalf?    12:03:40
19        A.    I believe so.                           12:03:40
20        Q.    And do you know what your benefit from  12:03:44
21   the LTD would have been if you had been approved?  12:03:46
22        A.    I believe it's something like 60 percent 12:03:51
23   of my salary at the time.                          12:03:54
24        Q.    And what was your last salary at the    12:03:57
```

# EXHIBIT 2

Volume 1
Pages 1-130
Exhibits per index

UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

Civil Action No. 05-10412-JLT

-----------------------------------:
                                    :
Concetta Nyman                      :
              Plaintiff,            :
                                    :
V.                                  :
                                    :
Federal Reserve Bank of Boston      :
              Defendant.            :
                                    :
-----------------------------------:

          DEPOSITION OF ROBERT E. SINGER,
M.D., a witness called on behalf of the Defendant,
taken pursuant to the Federal Rules of Civil
Procedure, before Patricia M. Haynes, a Certified
Shorthand Reporter and Notary Public in and for
the Commonwealth of Massachusetts, CSR No.:
14620F, at the Offices of Sullivan & Worcester,
LLP, One Post Office Square, Boston,
Massachusetts, on Thursday, January 5, 2006,
commencing at 2:30 p.m.

          Copley Court Reporting
             101 Tremont Street
        Boston, Massachusetts  02108
              (617) 423-5841

1       APPEARANCES:

2


3       Sullivan & Worcester, LLP
        (By: Ilene Robinson Sunshine, Esquire)
4       One Post Office Square
        Boston, Massachusetts 02109
5       Counsel for the Defendant

6

7       Alford & Bertrand, LLC
        (By: Donald Bertrand, Esquire)
8       60 Arsenal Street
        Watertown, Massachusetts 02471-0322
        Counsel for the Plaintiff
9

10      Martin, Magnuson, McCarthy & Kenney
        (By: Ann Collins, Esquire)
11      101 Merrimac Street
        Boston, Massachusetts 02114
12      Counsel for the Deponent

13

14

15

16

17

18

19

20

21

22

23

24

1        A.    Yes.

2        Q.    When do you first recall Ms. Nyman having

3    some type of problem with her shoulders?

4        A.    I don't remember the exact date, but it's

5    been four or five years.

6        Q.    Did you treat her for that problem?

7        A.    Peripherally I treated her.  She had gone

8    to a number of specialists.  And part of, most of

9    what I did was record the treatment that she was

10   receiving from the specialist who was helping her

11   with that problem.

12       Q.    Did you refer her to those specialists?

13       A.    At least one of them I did.  Some of them

14   she made contact with and referred herself.

15       Q.    Who do you recall referring her to?

16       A.    At one point I referred her to a

17   rheumatologist at Mass. General, a Doctor Rahman.

18       Q.    Do you recall when that was?

19       A.    That was right at the beginning when she

20   first complained about her shoulder trouble.  So

21   it must have been four or five years ago.

22       Q.    Do you know whether she went to that

23   doctor?

24       A.    She did.

1      Q.    Do you know whether that doctor made any

2   diagnosis of her condition?

3      A.    I don't remember what the specific

4   diagnosis was that he made for her.

5      Q.    Did you ever make a diagnosis of her

6   condition?

7      A.    The diagnosis that I made was frozen

8   shoulder syndrome.

9      Q.    Do you recall when you made that

10   diagnosis?

11      A.    That was after she saw Doctor Rahman.  I

12   believe I got the phrase from him or from one of

13   his notes about her.

14      Q.    Were you familiar with frozen shoulder

15   syndrome before you saw Doctor Rahman's notes?

16      A.    I was not.

17      Q.    So when you made that diagnosis of Ms.

18   Nyman, were you simply repeating Doctor Rahman's

19   diagnosis?

20      A.    Yes.

21      Q.    Or did you have an independent basis to

22   make that diagnosis?

23      A.    At that time I was repeating his

24   diagnosis.

1       Q.    When you say you made that diagnosis, for

2   what purpose did you make that diagnosis?

3       A.    I don't understand the question.

4       Q.    Did you make that diagnosis for the

5   purpose of recording it in Ms. Nyman's medical

6   records or were you conveying that diagnosis to

7   some other person or entity?

8       A.    I made it for the purpose of recording it

9   in the medical record.

10      Q.    Did you understand what frozen shoulder

11  syndrome was at the time that you recorded that

12  diagnosis in Ms. Nyman's medical record?

13      A.    Yes, I did.

14      Q.    What was your understanding of what

15  frozen shoulder syndrome is?

16      A.    Frozen shoulder syndrome is a descriptive

17  term for someone with stiffness of the shoulders

18  that limits their full range of motion, stiffness

19  and pain.

20      Q.    Where did you gain your understanding of

21  what the meaning of that diagnosis is?

22      A.    I don't remember.

23      Q.    Did you consult with Doctor Rahman about

24  the meaning of the frozen shoulder syndrome

1    diagnosis?

2        A.    I don't remember speaking with him

3    personally.    I do remember reading his

4    consultation notes.

5        Q.    Do you recall consulting any medical

6    texts or treatises to inform yourself about what

7    frozen shoulder syndrome is?

8        A.    I believe I did some reading about it at

9    the time.    But I don't recall now, I don't recall

10   what I read about frozen shoulder syndrome.    It's

11   typical for me to look things up and read about

12   them, but I don't remember at this point

13   specifically reading about it or where I read

14   about it.

15       Q.    Are you certain sitting here today that

16   you did read about that diagnosis at the time that

17   Doctor Rahman made it and you were confirming it

18   in Ms. Nyman's medical records?

19       A.    I did.

20       Q.    Do you remember how many treatises or

21   books you looked into?

22       A.    I don't remember.

23       Q.    Have you ever treated any other patient

24   with frozen shoulder syndrome?

1        A.    Perhaps a few.

2        Q.    Well, I don't want you to guess.  Sitting

3    here today, do you have a recollection of -- let's

4    start out by saying do you have a recollection of

5    diagnosing any other patient with frozen shoulder

6    syndrome other than Ms. Nyman?

7        A.    I don't remember diagnosing anyone else

8    with it, no.

9        Q.    So then it follows that you probably

10    didn't treat anyone else either, is that fair to

11    say?

12        A.    No.  It may be that I take care of

13    patients for other things who also have been

14    diagnosed with frozen shoulder syndrome by another

15    practitioner.

16        Q.    Sitting here today, do you have a

17    recollection in all your years of practicing

18    medicine treating anyone other than Ms. Nyman for

19    frozen shoulder syndrome?

20        A.    I do.  That's why I said a few, but I

21    don't have a recollection of who it was or what

22    the circumstance was.

23        Q.    When you say a few patients, does that

24    mean less than three?

1    A.    I'd say less than ten.

2    Q.    When was the last time you recall

3  treating someone for frozen shoulder syndrome

4  other than Ms. Nyman?

5    A.    Perhaps ten years ago.  Not recently.

6    Q.    So there would have been at least a five

7  year gap between that last patient and then Ms.

8  Nyman's diagnosis?

9    A.    I don't remember the exact timing.

10    Q.    What is the treatment for frozen shoulder

11  syndrome?

12    A.    Physical therapy.

13    Q.    Do you know specifically what type of

14  activities in physical therapy a person with that

15  diagnosis would benefit from?

16    A.    I don't know.

17    Q.    I take it you are not a physical

18  therapist by training?

19    A.    No, I'm not.

20    Q.    So you would not then actively treat

21  someone with this diagnosis, is that fair to say?

22    A.    That's true.  Someone with this diagnosis

23  I would generally refer to an orthopedic doctor or

24  to a rheumatologist to provide the treatment.

25

```
 1          Q.   Did Ms. Nyman report to you at any time

 2     that she had stopped her treatment for her frozen

 3     shoulder syndrome?

 4          A.   I don't remember.

 5          Q.   So apart from recording her diagnosis as

 6     given by Doctor Rahman in Ms. Nyman's medical

 7     records, did you ever actually treat her for that

 8     condition, the frozen shoulder syndrome?

 9          A.   I believe I prescribed medication for her

10     at times, antiinflammatories.  At times I

11     discussed with her the treatment that was being

12     recommended by her other physicians.  But I do not

13     recall that I directed the treatment of that

14     condition at any time.

15          Q.   Do you recall the type of

16     antiinflammatories you prescribed for her?

17          A.   I don't remember.

18          Q.   Do you know if they were over the counter

19     or prescription medications?

20          A.   I don't remember.  I would have to go

21     through a specific visit to get that information.

22          Q.   Do you know whether there's a measurement

23     of what someone's range of motion would have to be

24     before they would qualify for the diagnosis of
```

1  employer was requiring her to engage in activities

2  that were beyond what she believed were her

3  physical capabilities?

4       A.   I do not recall that.

5       Q.   Do you recall any discussion with Ms.

6  Nyman about what she was being required to do in

7  the course of her daily work at the bank?

8       A.   I do not.

9       Q.   Do you recall Ms. Nyman ever reporting to

10  you that the bank was not abiding by any

11  limitations that had been placed on her daily

12  activities by any of her treating physicians?

13       A.   I do not.

14       Q.   Can you say that you did not have such a

15  conversation with her or are you saying you don't

16  recall whether you did?

17       A.   Both.   I do not recall any such

18  conversation.   But if she had told me something of

19  that nature and I had forgotten it, it wouldn't

20  surprise me.   But I have no memory of it.

21       Q.   Is it your practice or was it your

22  practice when you saw Ms. Nyman for a visit that

23  you would record the information that she gave you

24  in the course of that visit?

Q.    When she said that to you, did she tell you how much weight she was able to lift?

A.    I don't recall that she did.

Q.    Did you ask her?

A.    I don't remember asking that specific question.

Q.    Did you ever perform an examination in which you made an effort to observe how much weight she was able to lift without discomfort?

A.    I don't remember doing an examination on lifting.  The examination I did was on range of motion and the observance that her shoulders were tender to touch and uncomfortable.

But I did not specifically test her lifting ability.  I reported that she reported to me she experienced that difficulty.

Q.    When you said you did an examination to look at her range of motion, you described before you were looking to see whether she could lift her arms to or above her shoulders, correct?

A.    Yes.

Q.    Was there any other range of motion that you tested her for?

A.    Forward motion, back motion, lifting,

61

1        Q.    It goes on to say, "She remains out of

2    work at this time unable to perform the duties of

3    her job or any other job at this time."  What were

4    the duties of her job?

5        A.    As I understood it, she had a certain

6    amount of lifting and clerical work to do at her

7    job.

8        Q.    Do you know how much lifting she was

9    required to do?

10       A.    I do not.

11       Q.    Did you ask her?

12       A.    I did not specifically ask her.  She

13   reported to me that she was unable to perform her

14   duties, and I accepted her explanation.

15       Q.    You accepted her explanation without

16   asking her what her specific duties were?

17       A.    Yes.

18       Q.    And you accepted her explanation without

19   exploring whether there were any possible

20   restrictions that her employer could adopt that

21   would enable her to do some aspects of her job?

22       A.    I've always felt this particular patient

23   is a reliable and accurate historian.  And when

24   she told me she was unable to do her job at the

1    time, I accepted that.

2        Q.    Even though you had no idea what she did?

3        A.    I didn't know the specifics of her job,

4    no, I did not.

5        Q.    And what was the basis of your statement

6    here that she was unable to do any other job at

7    that time?

8        A.    She told me that her symptoms were more

9    severe and that she was even having trouble taking

10   care of herself at home and was unable to work.

11   And I accepted that.

12       Q.    Why did you not record in your notes that

13   she reported to you she was unable to care for

14   herself at home?

15       A.    I don't recall.

16       Q.    What did she say specifically about her

17   inability to care for herself at home other than

18   doing her hair?

19       A.    That's the only specific difficulty that

20   I recall.    And I believe she also said she had

21   difficulty carrying packages.

22       Q.    Did you explore with her what types of

23   packages she could carry or how much weight she

24   could carry?

1      A.    I did not.

2      Q.    So you again accepted her, because she

3   was an accurate reporter, you accepted her

4   characterization she was unable to do any other

5   job?

6      A.    Yes, I did.

7      Q.    Was this her conclusion or was that your

8   conclusion?

9      A.    It was her conclusion.

10     Q.    I take it you didn't send her for any

11  type of workplace evaluation exam to determine

12  whether there actually was some type of occupation

13  she could engage in?

14     A.    I did not.

15     Q.    I take it, Doctor, there was a time when

16  you concluded that Ms. Nyman was permanently

17  disabled from engaging in any type of occupation;

18  is that correct?

19     A.    I don't remember when that was but that's

20  true.

21     Q.    What did you base that conclusion on?

22     A.    I based it on her reports to me and on my

23  physical exam.

24     Q.    Her reports to you were that she was

1    unable to do any type of work?

2        A.    Yes, and that she had increasing pain and

3    stiffness in her shoulders.

4        Q.    Which imposed on her the limitations you

5    described of her not being able to do her hair and

6    not being able to carry packages?

7        A.    And not being able to carry out the

8    functions of her job.

9        Q.    Please look at the package marked as

10   Exhibit 3.    Those are the documents you produced

11   to me in response to the subpoena.    These were

12   actually produced to me in reverse chronological

13   order.

14            For clarification, I've put these Post-it

15   notes on so I can direct your attention to the

16   different pages because I didn't have a chance to

17   number them before today.

18            If you could start in the back.    The

19   first page that is tabbed is the heading, "This is

20   a note of a final save view prepared on 8/24/98,

21   5:47 p.m."  Who is K. Spurrier?

22       A.    She is a physician assistant who is

23   employed at MGH Everett.

24       Q.    A physician assistant?

1    March 26 of 2003 as the date to declare her

2    permanently and totally disabled?

3        A.    I believe it was because she reported to

4    me that she was unable to work after that date.

5        Q.    So is it fair to say that your conclusion

6    that she was totally and permanently disabled as

7    of March 26, 2003 was based on her reporting that

8    to you?

9        A.    It was based on her reporting it to me

10   and my physical exam, on-going physical exam.

11       Q.    Of the nature that you have already

12   described?

13       A.    Yes.

14       Q.    Is there anything about your physical

15   examinations of her or your observations that

16   contributed to this conclusion of disability that

17   you have not yet testified about today?

18       A.    No.

19       Q.    How did you conclude that her condition

20   was exacerbated by her work environment and duties

21   in the months prior to her cessation from work

22   when you testified before that you were not aware

23   of what her duties were?

24       A.    She had reported to me that her symptoms

1    of pain were made worse by the work that she was

2    doing.  It was based on her report to me.

3        Q.   But you don't recall her telling you

4    specifically what tasks and functions she was

5    performing at work that led to that exacerbation?

6        A.   I don't recall the specific description.

7        Q.   Had she given you a specific description,

8    was that something sufficiently relevant that you

9    would put into your medical notes?

10        A.   Yes.

11        Q.   Is it fair to say that if no such

12    description of her duties appears in her medical

13    record that she did not report to you what her

14    specific duties were?

15        A.   No, it's also possible that she did

16    report them to me but that I did not consider them

17    important enough to spend the time to write them

18    down.

19        Q.   It was your understanding that she left

20    work in late March of 2003 and never went back?

21        A.   That's my understanding, but I don't know

22    if that's correct.

23        Q.   Do you know how Ms. Nyman spent her days

24    in the months and years after she left work?

1    reviewing the old records and I believe I read

2    something to that effect.  But I can't recall at

3    this time.

4        Q.    Do you recall whether you were also

5    making an independent assessment that she was

6    disabled?

7        A.    You're asking a difficult question to

8    answer.  I understand it's an important question.

9    In one respect, disability is, can be based on

10   objective criteria that a disinterested party is

11   observing in a patient.

12        In another respect, disability can be a

13   subjective report of inability to perform

14   functions.  It was my assessment at that time that

15   she was limited based on what I felt were her

16   accurate reports to me about her ability or

17   inability to work correlated with the fact that

18   she had an abnormal exam.

19        Whether or not she meets the criteria for

20   Social Security disability or work disability or

21   other types of disability depends on the criteria

22   that people are using for that disability.

23        It was my assessment at that point that

24   she was limited in her ability to work based on

1    clear diagnosis even after all of the rheumatology

2    visits that she had to explain her symptoms and

3    her condition.

4        Q.    So none of the rheumatologists' notes

5    that you reviewed made a clear diagnosis of

6    arthritis?

7        A.    I don't recall if they did.

8        Q.    But you made the diagnosis based on the

9    possibility of that condition as observed by you

10    in her x-rays?

11        A.    Yes.

12        Q.    So your diagnosis as recited in this

13    letter was based on your reading of her x-rays and

14    not on anything that you had seen that was

15    prepared by a rheumatologist, is that fair to say?

16        A.    I don't recall if any of the

17    rheumatologists commented on arthritis as one of

18    the possible diagnoses.  Sorry, I don't recall

19    that at this time.

20        Q.    What is adhesive capsulitis?

21        A.    This is another way of saying frozen

22    shoulder syndrome.  The capsule is the connective

23    tissue around the shoulder.  Adhesion means thick

24    and sticky.  And it's a medical term that means

1    tendons, again a soft tissue condition.

2        Q.    Is that also a symptom as opposed to an

3    underlying causative illness or condition?

4        A.    In the way that I'm using the terms, yes.

5    A tennis elbow is a tendonitis of the elbow caused

6    by repetitive motion of the arm in a back hand

7    motion.    The cause of that would be the activity

8    of the tennis.    The symptom would be the

9    inflammation of the tendon.

10        Most people would call that a diagnosis.

11    To me it's a description of an end result but not

12    necessarily a description of what caused it.    I

13    like to think of that diagnosis as the cause of a

14    condition and not simply a description of the

15    condition.

16        Q.    When you were describing arthritis of the

17    shoulders, or as you said a possible diagnosis of

18    arthritis, and the adhesive capsulitis and

19    tendonitis, was that three ways of describing the

20    fact she had inflammation and pain in her

21    shoulders?

22        A.    I think that's an accurate way to put it.

23        Q.    So there were three possible, they were

24    either descriptions of her symptoms or possible

1

C E R T I F I C A T E

2

3      I, ROBERT E. SINGER, M.D., do hereby certify

4      that I have read the foregoing transcript of my

5      testimony, and further certify that said

6      transcript is a true and accurate record of said

7      testimony.

8          Dated at ~~Everett, Mass~~ this

9      ~~16~~ day of ~~February~~, 2006.

10

11

12

13      ~~Robert E. Singer MD~~

14      _____

15      ROBERT E. SINGER, M.D.

16

17

18      Signed under the pains and penalties of perjury.

19

20

21

22

23

24

COPLEY COURT REPORTING, INC.
(617) 423-5841

ERRATA SHEET

Please indicate the page number and line number
along with the correction.

1.

*no corrections*

2.

3.

4.

5.

6.

7.

8.

9.

10.

11.

12.

13.

14.

15.

16.

17.

18.

19.

20.

_____
ROBERT E. SINGER, M.D.