EXHIBIT 1

# CHARGE OF DISCRIMINATION
## MASSACHUSETTS COMMISSION AGAINST DISCRIMINATION

Docket #:                                 FILING DATE:
EEOC NUMBER:                     VIOLATION DATE: 4-3-04

NAME AND ADDRESS OF AGGRIEVED
PERSON OR ORGANIZATION:           CONCETTA NYMAN
                                                  28 SUFFOLK AVENUE
                                                  SWAMPSCOTT, MA 01907

TELEPHONE NUMBER:                         (781) 598-6619

NAME OF RESPONDENT(S):                 FEDERAL RESERVE BANK OF
                                                  BOSTON
                                                  600 ATLANTIC AVENUE
                                                  BOSTON, MA 02106

NUMBER OF EMPLOYEES:                    AT LEAST 50

CAUSE OF DISCRIMINATION BASED ON:     DISABILITY

## THE PARTICULARS ARE:

1. I charge Respondent with discrimination on the basis of disability in violation of Mass. Gen. L. c. 151B and any other applicable state and federal laws or regulations.

2. I have been employed by Respondent for approximately 35 years and was most recently employed as a senior cash paying teller.

3. On or about July 31, 2000, I started to suffer from bilateral frozen shoulders, due to my employment.

4. As a result, I collected workers' compensation for approximately six months.

5. I subsequently returned to work on or about February 12, 2001, with a note from my rheumatologist, Dr. Amante.

6. Although Dr. Amante recommended that I return to work with restrictions, Respondent did not honor Dr. Amante's requests and had me working with a high speed machine.

7. As I result, I developed tendinitis and bursitis in both shoulders.

8. In approximately February 2003, I met with the nurse from Respondent, who stated that I should be working with at least three other people, instead of the two people that I was working with.

9. When I informed my manager, Joe Bosco of this fact, he stated that it was unacceptable and that he would tell the nurse not to change her mind.

10. As a result of my problems with my shoulders, I have been unemployed since March 26, 2003.

11. On or about November 3, 2003, I applied for Long Term Disability benefits as a result of my problems with my shoulders.

12. Such claim was denied on or about May 4, 2004.

13. On or about May 7, 2004, I received a letter from Karen Foley, Employment Services Manager, stating that my employment was terminated, effective April 3, 2004.

14. I would have been able to perform the essential functions of my job if I had been given the requested reasonable accommodations.

15. I have experienced emotional distress and associated symptoms, including stress, frustration and anxiety.

16. I have lost income as a result of Respondent's actions.

I ALSO WANT THIS CHARGE FILED WITH THE EEOC

I WILL ADVISE THE AGENCIES IF I CHANGE MY ADDRESS OR TELEPHONE NUMBER. I WILL COOPERATE FULLY WITH THEM IN THE PROCESSING OF MY CHARGE IN ACCORDANCE WITH THEIR PROCEDURES.

I SWEAR OR AFFIRM THAT I HAVE READ THIS COMPLAINT AND THAT IT IS TRUE TO THE BEST OF MY KNOWLEDGE, INFORMATION AND BELIEF.

*[signature]*
CONCETTA NYMAN

SWORN TO AND SUBSCRIBED BEFORE ME THIS 21ˢᵗ DAY OF JUNE ,2004.

NOTARY PUBLIC: _____

MY COMMISSION EXPIRES: 12-5-08

**FEDERAL RESERVE BANK OF BOSTON**

Sent via: US Mail and FedEx

May 7, 2004

Ms. Concetta Nyman
30 Suffolk Ave., #2
Swampscott, MA 01907-1127

Dear Ms. Nyman,

You have been out on sick leave from [the Cash Services] Department since April 3, 2003.

After receiving notice and [submitting the required forms, you qualified for and used the 16 weeks] of Family and Medical Leave [available to you under the Bank's Family and Medical Leave Policy.] Under the terms of the [Bank's Long Term Disability (LTD) plan, an employee who has been totally] disabled for six months [may apply for LTD. Your LTD claim has been denied, however you had] until March 31, 20[04 to] appeal that decision.

The Bank's [sick leave] policy (section 3.21 of the Personnel Policies and Practices Manual) states [that an employee] may not exceed one calendar year of continuous absence. While you were waiting [to hear] on your LTD appeal we placed you on a leave of absence (no pay status).

[Your LT]D appeal has been denied. Accordingly, your employment with the Federal Reserve Bank [of Bo]ston has been terminated effective April 3, 2004.

You need to call the Benefits Express Center at 1-877-377-2255 to process your retirement, [thrift] plan, health and dental transactions.

Sincerely,

Karen Foley
Employment Services Administrator

xc:   John Kroen, AVP Human Resources
      Leah Maurer, AVP Cash Services

the nurse for the back sent me down with 2 notes, reinforced not to lift more than 10 lbs
and needed at least 3 people in the room
manager said unacceptable and he sent me back to work for another 3 months
and shoulders got so bad rheumatologist said she had to go out on disablity
went out for a year
the banks disability refused me and the appeal was refused
but social security disabiliy accepted it at first request
not working not
not working since 3 26 2003
now appears to be permanently disabled

**PAST MEDICAL HISTORY:** Entered By:*bsinger* On:*11/17/2004*
Migraine HA
sleep disorder
frozen shoulders
hyperlipidemia
anemia
glaucoma  3/18/03 Dr Fraioli  notes myopia, macular degeneration decreased feilds of vision
macular degeneration
fatigue
hypothyroidism
hemorrhoids
diplopia/unknown etiology
depression
GERD
primary care issues:
last Td 12/2000
bone density 5/01
5/2/01  bone density mgh femur t score is -1.0
10/25/04 bone density t score ap spine -1.4 lateral spine -0.7 total hip -0.5 and fem neck -1.8
colonoscopy mgh 4/01 clear, repeat in 10 years
stool guaiac x 3 ordered 6/24/03 and ordered 5/14/04 and ordered 7/28/04
mammogram 10/17/01 and  1/02 and ordered 6/24/03 and reordered 5/14/04
 was due 7/21/04 and postponed until 10/25/04
pap 12/20/01 and 6/24/03 and ordered return appt 5/14/04;  pap done 7/28/04 = negative

**PAST SURGICAL HISTORY:** Entered By:*bsinger* On:*12/13/2000*
No significant surgical history.

**PAST OBSTETRIC HISTORY:** Entered By:*bsinger* On:*12/13/2000*
G0
Menarche age 15
First sexually active 30
Total partners 1
last menses age 48

**FAMILY HISTORY:** Entered By:*bsinger* On:*07/28/2004*


EXHIBIT 4

6/21/04 Impression; Patient does exhibit some signs of underlying arthritis, but I agree with the initial assessment of Drs. Amante and Robinson, that the frozen shoulder syndrome
is not generally due to arthritis, but to limited range of motion related to repetitive motion related to work. With recent reports she is disabled from her condition, will have at least partial disability permanently.

7/28/04 pt now trying to get workers comp and applying for SSDI

11/16/04 attorney green called 617 926 8800;  needs letter about whether pt is disabled or not
dr singer called pt and she told him above, dr singer did not call the attorney
she was told to make appointment for exam and to discuss her limitations
11/17/04 when I wash my hair my shoulders are too tired to use a blow dryer my sister has to do that for me
unable to work windows and screens at home due to shoulder pains
at night shoulders ache badly
taking jacket on and off it hurts
my quality of life has really been affected
was out of work for 6.5 months with frozen shoulder
back to work on light duty but wasnt in my dept had to do a different department
and was lifting more than 10# pushing containers of money over 1000 lbs did for 2.5 years
the nurse for the back sent me down with 2 notes, reinforced not to lift more than 10 lbs and needed at least 3 people in the room.
manager said unacceptable and he sent me back to work for another 3 months
and shoulders got so bad rheumatologist said she had to go out on disablity
went out for a year
the banks disability refused me and the appeal was refused
but social security disabiliy accepted it at first request
not working not
not working since 3 26 2003
now appears to be permanently disabled

2/4/05 persistent pain in shoulders and limitation of motion

9/27/05
had MRI of the shoulders dr morley in lowell it was done at brigham
there is a tear in the ant left rot cuff
settled for workmens comp lump sum
ongoing case with the bank should have put her on light duty then might not be disabled
and another case the bank disability refused x 2 but she was accepted for SS disability
**Problem:** a symptom
**Code:** 346.90 Headache, migraine
**Careplan:**

tolerable on propranolol

MASSACHUSETTS GENERAL HOSPITAL
BOSTON, MASSACHUSETTS
PROGRESS NOTES

Enter name and unit number on both sides of EVERY sheet. Addressograph plate to be used when available. Name and unit number to be written distinctly when plate is not available.

| DATE | TIME | |
|---|---|---|

MGH - Everett Family Care
19-21 Norwood St
Everett, MA 02149
Phone 617-394-7500  Fax 617-394-7516

**History of Present Illness:**

problems
frozen shoulders
sleep disturbance
migraine headaches, v
anemia
hyperlipidemia
now on inj
osteopor

by: Robert E. Singer, MD on 4/22/02
at DOB: 2/13/50

no side effects

...quent lately

ordered by the rheumatologist and light duty to cont. at work
...for a month due to news reports
...on it for 2 weeks
...on trazodone and taking it too early and not sleeping well doing better by taking at hs
has appt with dr. anrate 1/02 about shoulder may be ready to go back to full duty

3/15/02 3 weeks extreme fatigue
can't do anything
wants to sleep all the time
totally exhausted
is on trazodone and propranolol and getting headaches
gets nausea with them not typical for her not severe sharp
but firm ache and usually unilat and with nausea
2-3 times a week
in the morning often has a headache or fuzziness in the AM
quit ranitidine 6 mon ago and new stomach pains have occurred

4/22/02 tried trazodone dpn felt the same as before groggy or out of it sy it changes my consciousne
so stopped it a lot better can function but not sleeping good but sleeps better than with the traz
sleeps a few hours then awake few then back to sleep
getting 4 hour sleep each night tired
snoring husband says she does snore
had a sleep test 4-5 years ago

- 4/22/02 - Page 2 of 6

Printed by Physix Compendia

USE REVERSE SIDE          PLEASE DO NOT WASTE SPACE

**MASSACHUSETTS GENERAL HOSPITAL**
**BOSTON, MASSACHUSETTS**
**PROGRESS NOTES**

Enter name and unit number on both sides of EVERY sheet, Addressograph plate to be used when available. Name and unit number to be written distinctly when plate is not available.

Date ( 
Req Area (
PATIENT IDENTIFICATION AREA

MRN : 1346064
Name: NYMAN, CONCETTA

| DATE | TIME | |
|---|---|---|
| | | **H&P (HCFA)** |
| | | MGH - Everett Family Care      Written By: Robert E. Singer, MD on 4/22/02 |
| | | 19-21 Norwood St      Patient DOB: 2/13/50 |
| | | Everett, MA 02149 |
| | | Phone 617-394-7500    Fax 617-394-7576 |
| | | **Patient Profile**     The patient is being seen for hyperlipidemia. |

Printed by Physix Compendia          NYMAN, CONCETTA - 4/22/02 - Page 1 of 6

USE REVERSE SIDE      PLEASE DO NOT WASTE SPACE

MASSACHUSETTS GENERAL HOSPITAL
BOSTON, MASSACHUSETTS
PROGRESS NOTES

Enter name and unit number on both sides of EVERY sheet, Addressograph plate to be used when available. Name and unit number to be written distinctly when plate is not available.


EXHIBIT 6

MRN: 1346064
Name: NYMAN, CONCETTA

| DATE | TIME | |
|---|---|---|
| | | **H&P (HCFA)** |
| | | MGH - Everett Family Care   Written By: Robert E. Singer, MD on 10/25/00 |
| | | 19-21 Norwood St   Patient DOB: 2/13/50 |
| | | Everett, MA 02149 |
| | | Phone 617-394-7500   Fax 617-394-7576 |
| | | **Patient Profile**   The patient is being seen for frozen shoulders. |
| | | **History of Present Illness:** |
| | | Prior 8/22/00 |
| | | Has not recieved appt at spine center, plans to call tomorrow to make appt |
| | | Seen by Dr. Amante and Dr. Robinson who feel that she has bilat frozen shoulder and a damaged rotator cuff. They referred her to PT. They did not feel that the MRI of her neck was contributing to her Rt arm pain. Also felt to possibly be job related. Is on Vioxx and extra strenght tylenol which is just beginning to help. |
| | | Has f/u scheduled Oct 16/00. |
| | | Also seeing neuro-ophthamologist for decreased vision in Rt eye, visual field defect per pt. She has been scheduled for brain MRI 8/29/00. |
| | | Now with increased difficulty sleeping despite trazadone 25mg. |
| | | Has d/c'd paxil. |
| | | Being treated in PT twice weekly, Rt arm is improving, L arm seems to be getting worse. |
| | | Joined health club and using pool daily for 30 minutes, not swimming just moving arms around to increase ROM |
| | | Has appt with Dr. Amante (rheumatology) on 10/16 |
| | | Has appt with neurology on 10/3 |
| | | Currently on anaprox and tylenol arthrits which seems to be helping. |
| | | continues to be out of work due to pain |
| | | Has not been sleeping well due to pain but notes that last night she did sleep for a 5 hour stretch which is very good for her. |
| | | Trazadone 50mg qd |
| | | 10/25/00 |
| | | rheumatologist dr amante (fellow) |
| | | workers comp doctor said this was DJD of neck causing the problem so took her off her workers comp |
| | | also saw a MGH neurologist,; said these are frozen shoulders it was Dr Barr 0 emerson place |
| | | and back for check up with dr amante |
| | | Printed by Physix Compendia    NYMAN, CONCETTA - 10/25/00 - Page 1 of 4 |

USE REVERSE SIDE    PLEASE DO NOT WASTE SPACE

Patient: NYMAN, CONCETTA  MRN: 1346064(MGH)



# MASSACHUSETTS GENERAL HOSPITAL



# HARVARD MEDICAL SCHOOL

---

## Rheumatology Associates

Wang ACC 730
15 Parkman Street
Boston, Massachusetts 02114-3117

Tel: 617.726.7938. Fax: 617.724.2718
Emergency: 617.726.2066

**Dwight R. Robinson, M.D.**
*Clinical Chief*
**Karen V. Atkinson, M.D.**
*Director*
**Lindsay Bringhurst, R.N.**
*Practice Manager*

Eric Amante, M.D.
Herbert Ang, M.D.
Donald B. Bloch, M.D.
Hyon K. Choi, M.D.
Karen Costenbader, M.D.

Michael Hait, M.D.
Simon M. Helfgott, M.D.
John A. Mills, M.D.
William N. Pachas, M.D.
Richard P. Polisson, M.D.
Mahboob U. Rahman, M.D.
Anthony M. Reginato, M.D.
Margaret Seton, M.D.
Francine Ton, M.D.
Stephen Wax, M.D.
David Wu, M.D.

Maureen Manning
Federal Reserve Bank of Boston
600 Atlantic Ave
PO Box 2076
Boston, MA  02106

Mrs Manning,

    I have followed Nyman Concetta in my rheumatology clinic at Mass General Hospital since Dr. Amante left in July of 2002.  She has frozen shoulders which were improving but now have worsened again.  Any repetative actions seem to exacerbate her condition.  I believe she is unable to work due to her shoulders.  I have also referred her to a shoulder surgeon.

Sincerely,

*[signature]*

Karen Atkinson, MD MPH

1

PARTNERS. HealthCare System Member