UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| CONCETTA NYMAN, | * * * * | |
| Plaintiff, | * * | |
| v. | * * | Civil Action No. 05-10412-JLT |
| FEDERAL RESERVE BANK OF BOSTON, | * * * | |
| Defendant. | * * | |

ORDER

July 13, 2006

TAURO, J.

    After a Motion Hearing held on July 11, 2006, this court hereby orders that:

1.    Defendant's <u>Motion to Strike Plaintiff's Addendum to her Summary Judgment Opposition</u> [#23] is ALLOWED; and

2.    Defendant's <u>Motion for Summary Judgment</u> [#19] is TAKEN UNDER ADVISEMENT.

IT IS SO ORDERED.

                                                                             /s/ Joseph L. Tauro
                                                    United States District Judge