UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| | * | |
| | * | |
| CONCETTA NYMAN, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | Civil Action No. 05-10412-JLT |
| | * | |
| FEDERAL RESERVE BANK | * | |
| OF BOSTON, | * | |
| | * | |
| Defendant. | * | |
| | * | |

ORDER

August 21, 2006

TAURO, J.

This court hereby orders that:

1.      Defendant's Motion for Summary Judgment [#19] is ALLOWED.

IT IS SO ORDERED.

        /s/ Joseph L. Tauro
United States District Judge